1

2

3

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

(415) 239-4539

4

5

6

# E-filing

Plaintiff in:
Propia Persona

7

8

9

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

RODOLFO VELASQUEZ,

Plaintiff,

Vs

**CIVIL ACTION FILE No.**

**CV  08        2520**

**COMPLAINT FOR:**

15

16

17

18

CAROL A CROTEAU,
MANAGER PERSONNEL
SERVICES; U. S. POSTAL
SERVICE.

Defendants.

**DAMAGES AND INJUNCTIVE
AND DECLARATORY RELIEF**

**JURY TRIAL DEMANDED**

**JSW**

19

20

## I.    INTRODUCTION

21

22

23

24

25

1.    Plaintiff Rodolfo Velasquez is an individual with severe disabilities on his

locomotive lower body aiding himself with crutches to ambulate and holding a job with the

Defendant United States Postal Service since October 3, 1983.    His schedule working hours

from 6:30 pm to 3:00 am, and having same days off every since 1984.

26

27

2.    On March 26, 1984, Plaintiff Rodolfo Velasquez obtained a full time job with Defendant

United States Postal Service assigning him to a job No. G3C 1707.    As of the filing of this

28

1

8.    On April 22, 2008, Plaintiff requested again clarification of his job bid by making to Defendant's Manager of Personnel Services two questions: **"What makes her to believe that he is unsigned employee", "To inform the Plaintiff what happened to his bid No. G3C 1707." See Exhibit No. 6** However, Defendants [failed] to produce Plaintiff's demand for job clarification and again disregarding his request.

9.    On April 28, 2008, Defendant Carol A. Croteau submitted to the Plaintiff a letter demanding him to submit a form for accommodation, however failing again to produce an explanation of Plaintiff's original job bid. **See Exhibit No. 7**

10.   On May 7, 2008, Plaintiff responded to Defendant letter dated April 28, 2008, demanding a job clarification. **See Exhibit No. 8** However, Defendant Croteau again failed to clarify Plaintiff's demand.

11.   On May 12, 2008, Defendant Carol A. Croteau arbitrarily assigned the Plaintiff to a position that requires 8 hrs standing and reaching overhead heavy staff for loading and unloading machines, and at same time disregarding Plaintiff's demand for a job clarification. **See Exhibit No. 9**

## II.    JURISDICTION AND VENUE

12.   This action for declaratory and injunctive relief to enforce the rights of the Plaintiff that was discriminated against by Defendant and unfairly damaged by a [capricious] Defendant's Manager of Personnel Services Carol A. Croteau.

//

3

13.    Jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.   Vanue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b).

14.    Declaratory relief is authorized by 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.   Injunctive relief is authorized by 28 U.S.C. § 2202 and Rule 65 of the Federal Rules of Civil Procedure.    Plaintiff will submit more jurisdictional issues on an amendment if appropriate to any party if dissatisfaction occurs with the above cited mandates.

## III.   THE PARTIES

a)    The name of Defendant

15.    Defendant Carol A. Croteau is an executive of the United States Postal Service San Francisco California Office that presently is [abusing] her position as an executive of the Defendant to devastate, discriminate and harass a protected group of employees protected under the provisions of the American for Disability Act.

16.    The United States Postal Service is part of the Federal Government and located at: 1300 Evans Avenue, San Francisco, California 94188, (415) 550-5351.

b)    The Name of the Plaintiff

17.    Plaintiff Rodolfo Velasquez, age 59, has diagnosed with Poliomyelitis resulting with sever locomotive dysfunction on his lower body aiding himself with crutches to ambulate, and at all times be known as "Mr. Velasquez".

//

4

18.    Mr. Velasquez is very independent person who has shown to Defendant for a ¼ of a century, that he is productive and competent employee on his present job with Defendant United States Postal Service's 030 units at 1300 Evan Avenue, San Francisco, California 94188.

19.    Mr. Velasquez resides at 58 Lobos Street, San Francisco, California 94112.

## IV.    STATEMENT OF THE CASE

(The Integration Mandates of the American with Disabilities Act)

20.    In 1990, Congress enacted the American with Disabilities Act, 42 U.S.C. §§ 12101 – 12181, to advance the civil rights of people with disabilities.

21.    The ADA's purpose and goal is "the elimination of discrimination against individuals with disabilities." 42 U.S.C. § 1210(b)(1).

22.    In enacting the ADA, Congress stated that "historically, society has tended to isolate and segregate individuals with disabilities" and that such forms of discrimination "continue to be a serious and pervasive social problem." 42 U.S.C. § 12101(a)(2).

23.    Congress further determined that "the Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic sufficiency for such individuals." 42 U.S.C. § 12101(a)(8).

24.    Defendant Carol A. Croteau and the United States Postal Service breached and violated their obligation with the Plaintiff by ignoring his predicaments to clarify his job employment, consequently assigning him to a position that he cannot perform physically due to his limitations. Further, Defendants violated the mandates of the ADA's provisions by refusing to clarify his original job bid issued on his behalf in 1984, and to be ratified by the American

5

Postal Worker Union.   Instead both Defendants have disrespect the Plaintiff ignoring his civil rights and other benefits he is entitled to as a matter of law and fairness.

## V.    LEGAL CLAIMS

(Defendant violated the Plaintiff's rights cited on American with Disabilities Act.)

25.    Plaintiff is a qualified individual with severe disabilities within the meaning of the ADA, 42 U.S.C. § 1213(2).

## VI.    DISCRIMINATION
(First Cause of Action)

## CLEAR AND CONVENCING DISCRMINATION AGAINST THE PLAINTIFF BY DEFENDANTS CAROL A. CROTEAU AND THE U.S. POSTAL SERVICE

26.    Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 25 as though fully set forth her herein.

27.    Defendant Carol A. Croteau discriminated against the Plaintiff by assigning him arbitrarily and abusively to a job position called OCR and BCS that requires eight hours standing and lifting overhead heavy loads of mail to be processed, etc.   Defendants are performing those acts in violation to the American with Disability Act that requires a fair accommodation within the individual's physical limitations.        Defendants wrongly calculated that a disable person facing the pressure and harassments such as the one the Plaintiff is facing, would force the disable person to abandon his/her job and seek for a more compassionate employer elsewhere, or to apply for federal assistance that eventually the individual would become a burden for the federal or state governments or other humanitarian agencies.   Also,

the disable person eventually would be segregated and damaged by entities and persons such

the Defendants cited on this complaint.    Further, Defendants know for certain, that

performing discrimination, harassment and oppression against of a qualify handicapped

individual, eventually the individual handicapped would face a tremendous burden to secure

legal representation, that requires large amount of money in order to force the U.S. Postal

Service and its executives to comply with the existing U.S. Laws that Protects individuals from

discrimination, harassment and oppression by employers such as the ones cited on this

complaint.    However, the illegal employment acts performed by Defendants of this complaint

are prohibited by the existing federal and state of California laws and the ones of the United

States as well.

28.    Defendant United States Postal Service is known for years, that it practice discrimination

against the handicapped persons by denying them employment and those few already within its

work-force, have to face discrimination, harassment and oppression as the case of the Plaintiff

and other handicapped employees that have been with Defendant United States Postal Service

for a while.    Plaintiff Rodolfo Velasquez is been with Defendant United State Postal Service

for about a ¼ of century, and still he is [not] away from Defendants' illegal acts, that has

caused him for years sever stress and pain every since 1984 when he secured a job with

Defendant United State Postal Service.

## VII. MISREPRESENTATION AND DECEIVE
(Second Cause of Action)

29.    Plaintiff Rudy Velasquez realleges paragraphs 1 through 28 as though fully set forth

herein.

//

7

30.    For twenty four years, Plaintiff has been a Defendant's victim.  Also, for 24 years,

Defendant has made Plaintiff to believe, that he has a secure job as the same other employees

that have not to face the employment discrimination and harassment as Plaintiff does, because

they are not disable persons.

31.    In twenty four years, Defendant had intended to force the Plaintiff to accept a job that is

not on his interest, nor appropriate.        However at all times when the Plaintiff demanded

original bid clarification, Defendants ignored Plaintiff's demand, and also misrepresenting

themselves by informing the Union's representative in a couple occasions that Plaintiff's

employment situation was a personnel error by calling the him to submit a new job bid, but it

wouldn't happened again.

## VIII. DAMAGE
(Third Cause of Action)

32.    Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 31 as though fully set forth

herein.

33.    In order for the Plaintiff to defend himself from Defendants' discrimination and

harassment attacks, he had to be off of his job several times in order to prepare this

discrimination and harassment claim, consequently lost of wages.

34.    Physically, Plaintiff has suffered pain, stress and desperation caused by Defendants'

illegal acts, practically terminating him for his job by placing him in a position that requires

eight hours standing and to lift overhead heavy loads of mail, etc.

//

**IX.    CONTEMPT**
(Fourth Cause of Action)

Plaintiff Rodolfo Velasquez realleges paragraph 1 through 34 as though fully set forth herein.

35.    On 1990's Plaintiff Rodolfo Velasquez filed a claim against Defendant for Discrimination against the handicapped in the jurisdiction of this Court.    This Court issued an order assigning the Plaintiff in Defendant United State Postal Service's position called boxes. The boxes section remains open now days, and it's believed that the court order now days still is valid.    Plaintiff at the filing of this claim did not submit more information of said lawsuit other than mention it, because, Defendants gave to the Plaintiff a very short notice, and he has not time at this time to provide more details of the mentioned lawsuit adjudged in this Court, because a research should be made and extra time is required to research the case physically kept in the National Arcade in San Bruno California.    While the disposition of this case, Plaintiff will get into the research of the court order issued by this Court on Plaintiff's employment behalf.

**X.    PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff Rodolfo Velasquez respectfully requests that the Court enter a judgment on his behalf:

a)    That the Court issues a judgment on Plaintiff Rodolfo Velasquez' behalf.

b)    That Plaintiff be awarded with his position that have been held for 24 years in 030 units, or in the alternative to be placed on a position agreed in this Court around 1990's in Defendant United State Postal Service's boxes section, or, to replace Carol A. Croteau for Plaintiff

9

1  Rodolfo Velasquez.  Ms Croteau be placed in a position as OCR/BCS operator and the
2  Plaintiff occupies Ms Croteau's position as a Manager of Personnel Service.  This Court should
   know that Plaintiff is a professional person that easy can perform Ms Croteau's position as a
3  Manager of Personnel Service.    Ms. Croteau must be punished by this Court by assigning her
   to perform OCR/BCS job position.    Ms Croteau must feel in person how a person feels when
4  is been discriminated against, harassed and oppressed in order for her to be a fair, dign, worthy
   and a human being person.
5
6  c)    That Plaintiff be awarded his costs of this action, and

7  d)    That Plaintiff has such other relief as the Court may deem just and proper to compensate
   for his sufferings suffered for twenty four years of employment discrimination, harassments
8  and oppression.

9  Dated: May 19, 2008
10
11
12
                            Respectfully Submitted
13
14
15                          Rodolfo Velasquez
                            In Propia:
16                          Persona
17
18
19
20
21
22
23
24
25
26
27
28
                                    10

# Exhibit No. 1



## United States
## Postal Service

March 26, 1984

Rodolfo Velasquez
506 Grove Street #100
San Francisco, CA 94102-4100

This is to advise you that effective <u>March 31, 1984</u>      you will
be converted to career status as a Full Time Mail Distributor,
Level 4, Step 1.  Your salary will be    <u>$20,839</u>      annually.
You will be assigned to Job # <u>G3C-1707</u>     , General Mail Facility,
<u>5:30 PM</u>    reporting time, <u>Wed-Thu</u>             off.

Although you have been converted to full time status, your contin-
ued employment is contingent upon your successful completion of 90
days probationary period.

If you will contact  <u>Mrs Washington</u>       at 550-5530, she will
arrange for processing and explain the many benefits of your new
status.

Congratulations on your conversion.


Jefferson Wilson
MSC Manager/Postmaster


by: C. W. Harper
    Director, Employee & Labor Relations
    1300 Evans Avenue, Room #396
    San Francisco, CA 94188-9994

# Exhibit No. 2

# UNITED STATES POSTAL SERVICE

1300 Evans Avenue/ San Francisco, CA 94188-9998

**DATE:** March 13, 1992

**OUR REF:** WED11:LS:WHill:by/una:9421

**SUBJECT:** Residual Vacancies

**TO:** RODOLFO VELASQUEZ
SS#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
P/L 383

*[handwritten notes:]*
*55C - 5203*
*i SPOK    on 3 27.92*
*With Bill*

*55C - 5015*

*FAX For Linda*
*Shumate   552-5345*

This is to inform you that as an unassigned regular you are required to report to Bids & Promotions, Room 065, GMF, during the period from March 23, 1992 to March 26, 1992, for the purpose of selecting a residual vacancy. Our office hours are from 8:00 AM to 4:00 PM.

If you fail to make a choice, or choose a limited number, you may be assigned to any of the available positions remaining after all choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority and qualifications. If you are on a limited duty or are currently an acting supervisor (204B), please submit written documentation upon reporting.

This action is in accordance with Article 37.3.F.10, National Agreement.

Linda Shumate
Manager, Personnel Services
San Francisco Division

cc:
Supv P/L 383
File

# Exhibit No. 3

March 27, 1992

Linda Shumate
United State Postal Service          ·  RE: WED11:LS:WHill:by/una:9421  ·
1300 Evans Avenue
San Francisco, CA 94188-9998

Dear Mrs. Shumate:

    This is to answer your letter dated March 13, 1992, first according
to my records I am not an assigned postal employee my job number is G3C-
1707, if you gave my job to somebody else this may be  a  terrible error
from your department that it should be correct it immediately.

    If you insist to assign me on a residual position, I may  have  the
right to look for a legal protection.

    Therefore, inform me immediately of any decision that you  may make,
for me to have the opportunity in response to yours I  believe erroneous
status.

                                  Very Truly Yours

                                  Rodolfo Velasquez
                                  S.S.N. 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
                                       P.L. 383.



**UNITED STATES**
**POSTAL SERVICE**

August 16, 1995

VELASQUEZ, R
SS# 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
P/L 383

SUBJECT: **UNASSIGNED REGULAR/OVER 90 DAYS**

You are required to report to Bids and Promotions, 1300 Evans
Avenue, Room 65, SFP&DC, during the period from __**08-24-95**__ to
__**09-01-95**__ in order to select a residual vacancy.  If you
fail to make a choice, or select a limited number, you will be
assigned to any of the available remaining after all choices
have been exhausted.  Assignment will be based upon Article
37.3.F.10.  The office hours are Monday, Thursday and Friday,
8:00am - 4:00pm.  (We're closed on Tuesday and Wednesday).

If you are not qualified for the position, you will be given
on-the-clock training.  You are cautioned that your continued
employment will be dependent upon your ability to qualify on
the essential scheme/skill in the requisite training time.  If
you are currently on extended limited/light duty or are
currently an Acting Supervisor (204B), please submit written
documentation upon reporting.  The assignment will be effective
**September 16, 1995.**

Harriet J. White
Senior Personnel Services Specialist
Customer Service & Sales
San Francisco, CA 94188-1824

SAN FRANCISCO DISTRICT

 **UNITED STATES
POSTAL SERVICE**

October 2, 2002

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112-3020

### SUBJECT: UNASSIGNED REGULAR/ RESIDUAL VACANCY

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the period of **October 4, 2002 through October 11, 2002** for the purpose of selecting a residual vacancy. The office hours are 7:00 am – 4:30 pm, Monday through Friday.

If you fail to make a choice you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority. If you are currently on limited / light duty or currently an Acting Supervisor (204-B), please submit an updated written documentation upon reporting. The assignment will be effective **October 19, 2002.**

This action is in accordance with the National Agreement, Article 37.4.C.1

Norma A. Palisoc
Manager, Personnel Services

CC: SMDO  T-3
APWU
File

P O BOX 881013

(415) 550-5205
FAX: (415) 550-5604

SAN FRANCISCO DISTRIC


**UNITED STATES**
**POSTAL SERVICE**


July 22, 2003

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112- 3020

### SUBJECT: **UNASSIGNED REGULAR/ RESIDUAL VACANCY**

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the
period of  July  28, 2003 through August 1, 2003 for the purpose of selecting a
residual vacancy.

If you fail to make a choice or choose a limited number, you may be assigned to any
available positions remaining after all the choices have been exhausted. The
assignment you receive as a result of this action will be your permanent assignment
until you receive a bid of your choice. Assignments will be based upon craft
seniority. If you are currently on limited / light duty or currently an Acting Supervisor
( 204-B), please submit an **updated written documentation** upon reporting. The
assignment will be effective  August  9, 2003.

This action is in accordance with the National Agreement, Article 37.4.A.

*Pamela L. Tarango*

Pamela L. Tarango
A/ Manager, Personnel Services

cc:  SMDO  T- 3
      APWU
      File

P O BOX 881013
SAN FRANCISCO, CA 94188 - 1013
(415) 550-5205
FAX:  (415) 550-5721

# Exhibit No. 5



**UNITED STATES**
**POSTAL SERVICE**

April 15, 2008

Rodolfo Velasquez
58 Lobos St
San Francisco, CA 94112-3020

## SUBJECT:   UNASSIGNED REGULAR/ RESIDUAL VACANCY

Attached is a copy of the   Clerk Residual Vacancy list. You are required to make your selections and number them by preference. Submit your selection form to Bids & Promotions, Rm. 65, or mail to Bids & Promotions, P.O.Box 881013, San Francisco, CA 94188-1013, during the period of April 16, 2008 through May 1, 2008. The office  hours are 7:00 a.m. to 4:00 p.m., Monday through Friday. Envelopes must be postmarked on or before the closing date of  May 1, 2008.

If you fail to make a choice, you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your own choice. Assignments will be based upon craft seniority and will be effective **May 10, 2008.**

This action is in accordance with the new language of the National Agreement., Article 37 Section 4.

Carol A Croteau
Manager , Personnel Services

cc:  Labor Relations
     APWU
     file

P O BOX 881013
SAN FRANCISCO, CA 94188 -'1013
(415) 550-5205
FAX: (415) 550-5721

# Exhibit No. 6



April 22, 2008

Carol A. Croteau
U.S. Postal Service
P. O. Box 881013
San Francisco, Ca 94188-1013

Dear Ms Croteau:

This letter is in response of your letter dated April 15, 2008.   I'm sorry at this time, but I cannot honor your request.    Please be advised, that I will not follow your instructions until you answer my questions.    So, please reply immediately in order to settle our dispute of the issues involved in your letter:

- Please inform me immediately; what makes you to believe that I'm unssigned employee?

- Please inform me immediately; what did you do with my bid No. **G3C-1707?**

Please be informed, soon as you answer my questions we will go to the next step of my strongly dispute of your attempts to force me to bid, when in fact I don't have to according to my record.

If you have any questions in regard this letter, do not hesitate to contact me at: (415) 239-4539.



Very Truly Yours

Rodolfo Velasquez

# Exhibit No. 7

BIDS & PROMOTIONS
SAN FRANCISCO DISTRICT


**UNITED STATES
POSTAL SERVICE**

April 28, 2008

ATTACHED IS A DRAC FORM AND PUB 316 FOR YOUR INFORMATION AND
GUIDANCE. SUBMIT YOUR COMPLETED REQUEST TO THE ADDRESS
BELOW:

**DISTRICT REASONABLE ACCOMMODATION COMMITTEE
P O BOX 885048
SAN FRANCISCO, CA 94188-5048**

**BIDS & PROMOTIONS
RM 65 / SFP&DC**

BIDS & PROMOTIONS
PO Box 881013
SAN FRANCISCO CA 94188-1013
FAX: (415) 550-5302

# Exhibit No. 8

May 7, 2008

Carol A. Croteau
US Postal Service
P. O. Box 881013
San Francisco, CA 94188-1013

Dear Ms Croteau:

This is in response of April 28, 2008 letter.  Please be advised, that you failed to answer my two questions made on April 22, 2008.  I will [not] do anything until you answer the questions made.  After you answer the questions, then I'll follow your instructions.

Please reply immediately.

If you have any questions in regard, please do not hesitate to contact me at: (415) 239-4539, or (415) 368-6085.  Thank you.

Very Truly Yours

Rodolfo Velasquez

# Exhibit No. 9



**UNITED STATES**
**POSTAL SERVICE**

May 12, 2008

RODOLFO VELASQUEZ
XXX-XX-4179
Mail Processing Clk
Unassigned Regular
PL  381

SUBJECT:    **ASSIGNMENT OF UNASSIGNED REGULAR**

 Effective Saturday, May  24, 2008, you will report to North Peninsula Delivery and
Distribution Center at 1625 Rollins Rd., Burlingame, CA :

**Job # 95798286  Job Title: Mail Processing Clerk**
**Section: NPDDC T-1 OCR/BCS    PL: 142**
**Schedule: 2300-0730, Tue-Wed days off**

This action is taken in accordance with Article 37.4.C.5., National Agreement.

Carol A Croteau
Manager , Personnel Service

cc:  SMDO T- 3
     Manager, NPDDC
     In Plant Support
     Labor Relations
     APWU
     FILE

FAX:

## PERSONAL PROOF OF SERVICE

I'm over the age of eighteen years of age and not party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.

On May 19, 2008 I served the following documents:

DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF;
EX PARTE APPLICATION FOR AN ORDER TO SHORTENING TIME FOR
HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDERAND RESTRAINING INJUCTION SHOULD NOT ISSUE;
MEMORANDUM SUPPORTING ORDER, OTHER EQUITABLE RELIEF;
PLAINTIFF'S DECLARATION IN SUPPORT OF HIS EX PARTE APPLICATION
FOR SHORTENING TIME FOR HEARING TO HEAR A MOTION

I personally placed a copy of the documents above cited on:

U.S. Attorney General
450 Golden Gate Avenue, 10th and 11th Floor
San Francisco, CA 94102

Carol A. Croteau
1300 Evans Avenue
Personnel Office
San Francisco, CA 94188

I declare under penalty of perjury and accordingly to the best of my knowledge, that the foregoing is true and correct executed on May 19, 2008.

Salvador Velasquez