AO 440 (Rev. 2/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Rodolfo Velasquez

E-FILING

v.

United States Postal Service, Carol A. Croteau

SUMMONS IN A CIVIL ACTION

CV 08 2520

CASE NUMBER:

TO: (Name and address of Defendant)

Carol A. Croteau
United States Postal Service
1300 Evans Avenue, Personnel Office
San Francisco, California 94188

(415) 550-5351

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rodolfo Velasquez (In Propia Persona)
65 Lobos Street
San Francisco, California 94112

(415) 250-4539

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK

DATE  MAY 19 2008

MARY ANN BUCKLEY