**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   RODOLFO VELASQUEZ,

10          Plaintiff,                              No. C 08-02520 JSW

11     v.

12   CAROL A. CROTEAU and UNITED            **ORDER SETTING HEARING AND**
     STATES POSTAL SERVICE,                 **BRIEFING SCHEDULE ON**
13                                          **PLAINTIFF'S APPLICATION**
          Defendants.                       **FOR TEMPORARY**
14   _____/         **RESTRAINING ORDER**

15

16          On May 19, 2008, plaintiff Rodolfo Velasquez ("Plaintiff") filed an *ex parte* application

     for a temporary restraining order against defendants Carol A. Croteau and the United States
17
     Postal Service (collectively, "Defendants").  The Court HEREBY ORDERS that Defendants
18
     shall file an opposition to Plaintiff's application by no later than 10:00 a.m on May 22, 2008.
19
     Defendants shall deliver directly to chambers a copy of its opposition papers by no later than
20
     10:30 a.m. on May 22, 2008.  The Court will conduct a hearing on Plaintiff's application at 9:00
21
     a.m. on May 23, 2008.  The Court FURTHER ORDERS that Plaintiff shall serve on Defendants
22
     a copy of this order by no later than 4:00 p.m. today, May 20, 2008.
23
            **IT IS SO ORDERED.**
24
     Dated:  May 20, 2008                    _____
25                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  RODOLFO VELASQUEZ,                    Case Number: CV08-02520 JSW

Plaintiff,                    **CERTIFICATE OF SERVICE**

7

v.

8

CAROL A. CROTEAU et al,

9

Defendant.

10  _____/

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

12

13  That on May 20, 2008, I SERVED a true and correct copy(ies) of the attached, by
personally handing said copy(ies) to the person named below in the Clerk's office.

14

15

16  Rodolfo Velasquez
58 Lobos Street
17  San Francisco, CA 94112

18  Dated: May 20, 2008                    *Jennifer Ottolini*

Richard W. Wieking, Clerk
19                                          By: Jennifer Ottolini, Deputy Clerk

20

21

22

23

24

25

26

27

28