**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

    v.

CAROL A. CROTEAU and UNITED STATES POSTAL SERVICE,

    Defendants.

    /

No. C 08-02520 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On May 19, 2008, plaintiff Rodolfo Velasquez ("Plaintiff") filed an *ex parte* application for a temporary restraining order against defendants Carol A. Croteau and the United States Postal Service (collectively, "Defendants"). The Court HEREBY ORDERS that Defendants shall file an opposition to Plaintiff's application by no later than 10:00 a.m on May 22, 2008. Defendants shall deliver directly to chambers a copy of its opposition papers by no later than 10:30 a.m. on May 22, 2008. The Court will conduct a hearing on Plaintiff's application at 9:00 a.m. on May 23, 2008. The Court FURTHER ORDERS that Plaintiff shall serve on Defendants a copy of this order by no later than 4:00 p.m. today, May 20, 2008.

**IT IS SO ORDERED.**

Dated: May 20, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CAROL A. CROTEAU et al,

    Defendant.
    _____/

Case Number: CV08-02520 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2008, I SERVED a true and correct copy(ies) of the attached, by personally handing said copy(ies) to the person named below in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: May 20, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk