JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7155
    Fax: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, ) | Case No.    C 08-2520 JSW |
| ) | |
|     Plaintiff, ) | |
| ) | |
| CAROL A CROTEAU, MANAGER ) | NOTICE OF APPEARANCE |
| PERSONNEL SERVICES, U. S. POSTAL ) | |
| SERVICE ) | |
| ) | |
| ) | |
|     Defendants. ) | |

PLEASE TAKE NOTICE THAT THE CLERK is hereby requested to enter the appearance of Neill T. Tseng as attorney for the Federal Defendants.

The Clerk is requested to change the docket sheet and other Court records to reflect that all Orders and communications from the Court in the future be directed to:

    Neill T. Tseng
    Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Facsimile: (415) 436-6927
    Email: neill.tseng@usdoj.gov

//

//

Notice of Appearance
C 08-2520 JSW                                       -1-

| | | |
|---|---|---|
| 1 | DATED: May 20, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | _____<br>NEILL T. TSENG<br>Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF APPEARANCE**

<u>Rodolfo Velasquez v. Carol A. Croteau, Manager Personnel Services, U.S. Postal Service</u>
C 08-2520 JSW

to be served this date upon each of the persons indicated below at the address shown:

Rodolfo Velasquez, Pro se
58 Lobos Street
San Francisco, CA 94112

√   **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___  **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

___  **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

___  **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

___  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 20, 2008 at San Francisco, California.

\_\_\_\_/s/\_\_\_\_
KATHY TERRY
Legal Assistant

Notice of Appearance
C 08-2520 JSW                              -3-