Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

(415) 239-4539

Plaintiff in:
Propia Persona

FILED

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>         Plaintiff,<br>Vs<br><br>CAROL A CROTEAU,<br>SERVICES, U. S. POSTAL SERVICE.<br><br>         Defendants. | **CIVIL ACTION FILE No. CV-08-2520-JSW**<br><br>**PERSONAL PROOF OF SERVICE** |

Dated: May 20, 2008

Respectfully Submitted

*/s/ Salvador Velasquez*
Salvador Velasquez

**Personal Proof of Service**

PERSONAL PROOF OF SERVICE

I'm over the age of eighteen years of age and not party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.

On May 20, 2008 I served the following documents:

ORDER GRANTING EX PARTE APPLICATION FOR SHORTENING TIME FOR HEARING TO HEAR MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF AHOULD NOT ISSUE

I personally placed a copy of the documents above cited on:

U.S. Attorney General
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

Carol A. Croteau
1300 Evans Avenue
Personnel Office
San Francisco, CA 94188

I declare under penalty of perjury and accordingly to the best of my knowledge, that the foregoing is true and correct executed on May 20, 2008.

Salvador Velasquez