JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROL A. CROTEAU, Manager Personnel ) <br> Services, and UNITED STATES POSTAL ) <br> SERVICE, ) <br> ) <br> Defendants. ) | No. C 08-02520 JSW <br><br> DECLARATION OF ROBERT E. O'CONNELL |

## DECLARATION OF ROBERT E. O'CONNELL

I, ROBERT E. O'CONNELL, declare:

1. I am an attorney with the Pacific Area Office of the Law Department of the United States Postal Service located in San Francisco, California. I have held this position since 1989.

2. I submit this declaration in support of Defendants' Opposition to Plaintiff's *Ex Parte* Application for a Temporary Restraining Order. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

3. In my position as a Postal Service Attorney, I have access to the Postal Service's <u>I Complaints</u> database, which identifies employees of the Postal Service who have filed a Request for EEO Counseling or who have filed a EEO Complaint of Discrimination in the Postal Service.

4. On May 21, 2008, I checked that database to determine if Rodolfo Velasquez had filed a Request for EEO Counseling or a EEO Complaint of Discrimination in the Postal Service concerning his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

5. According to information in that database, the Postal Service has no record of ever having received a Request for EEO Counseling or a EEO Complaint of Discrimination in the Postal Service from Rodolfo Velasquez concerning his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed at San Francisco, California on May 21, 2008.

_____
ROBERT E. O'CONNELL