# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 23, 2008                 **Court Reporter:** Lydia Zinn


**CASE NO.: C-08-2520   JSW**

**TITLE:**  Rodolfo Velasquez v. Carol Croteau, et al.,


**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

Pro Se                                 Neill Tseng

**PROCEEDINGS:**  Application for Temporary Restraining Order

**RESULTS:**   Hearing held.
              A written ruling shall issue.