JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, ) | No. C 08-02520 JSW |
| ) | |
| Plaintiff, ) | |
| ) | Second Declaration of Robert E. O'Connell, |
| v. ) | Exhibit A, B |
| ) | |
| CAROL A. CROTEAU, Manager Personnel ) | |
| Services, and UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| ) | |
| Defendants. | |

<u>SECOND DECLARATION OF ROBERT E. O'CONNELL</u>

I, ROBERT E. O'CONNELL, declare:

1.      I am an attorney with the Pacific Area Office of the Law Department of the United States Postal Service located in San Francisco, California. I have held this position since 1989.

2.      I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

3.      In my position as a Postal Service Attorney, I have access to the Postal Service's <u>I Complaints</u> database, which identifies employees of the Postal Service who have filed a Request for EEO Counseling or who have filed a EEO Complaint of Discrimination in the Postal Service.

4.      On July 16, 2008, I checked that database to determine if Rodolfo Velasquez had filed a Request for EEO Counseling or a EEO Complaint of Discrimination in the Postal Service concerning his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

5.      According to information in that database, on May 28, 2008, Rodolfo Velasquez initiated a Request for EEO Counseling concerning his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center and subsequently filed PS Form 2564-A "Information for Pre-Complaint Counseling", with attachments, which the Postal Service received on June 9, 2008.

6.     A true and correct copy of PS Form 2564-A "Information for Pre-Complaint Counseling", with attachments, filed by Rodolfo Velasquez is attached hereto as Exhibit A.

7.     On July 8, 2008, the Postal Service sent Rodolfo Velasquez a letter in which it notified him that there was no resolution to his counseling request, sent him PS Form 2579-A "Notice of Right to File Individual Complaint", PS Form 2565 "EEO Complaint of Discrimination in the Postal Service", and advised him that he could a formal complaint within 15 days from his receipt of the letter and complaint forms.

8.     Rodolfo Velasquez received the letter and complaint forms on July 10, 2008.

9.     A true and correct copy of that letter with attachments and documentation of Rodolfo Velasquez's receipt on July 10, 2008 is attached hereto as Exhibit B.

10.     According to information in that database, the Postal Service has no record of having received a EEO Complaint of Discrimination in the Postal Service from Rodolfo Velasquez concerning his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed at San Francisco, California on July 16, 2008.

ROBERT E. O'CONNELL

Exhibit A

Reference: PRE-026738-2008

# PACIFIC

## Information for Pre-Complaint Counseling

| Certified Mail No. | Date Mailed   or   Hand Delivered on |
| --- | --- |
| By *(Initials)* | Case No. 4F-940-0144-08 |

On _5/28/2008_, you requested an appointment with a Dispute Resolution Specialist.
*(Month, Day, Year)*

**Important: Please read.** You should complete this form and return it to the EEO office *within 10 calendar days* of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A  Requester Information

| Name *(Last, First, MI)* VELASQUEZ  RONDOLFO | Social Security 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 | Home Telephone No. 415-239-4539 |
| --- | --- | --- |

| Your Mailing Address 58 LOBOS ST SAN FRANCISCO, CA 94112 | | Finance Number 05-6789 |
| --- | --- | --- |

| Name of Postal Facility Where You Work PCED | Office Telephone No. 415-550-5351 |
| --- | --- |

| Address of Postal Facility 1300 EVANS AVE, SAN FRANCISCO CA 94188 | Email Address* |
| --- | --- |

| Employment Status *(Check One)* | Position Title MANUAL CLERK | Grade Level 5 |
| --- | --- | --- |

| ☐ Applicant   ☐ Casual   ☐ TE   ☒ Career | | |
| --- | --- | --- |

| Pay Location 344 | Tour 3 | Duty Hours 18:50 TO 3:00 | Off Days *(If Tour I, Show Nights Off)* Wed  Thrs | Time in Current Position ☒ 5 Years  3 Months |
| --- | --- | --- | --- | --- |

| Your Supervisor's Name EILEEN WILLIAMS | Supervisor's Title | Supervisor's Telephone No. 415 550-5351 |
| --- | --- | --- |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B  Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.
What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

HANDICAPPED  & HISPANIC

*For Retaliation Allegations Only.* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On_____, I engaged in EEO activity. Case No.:_____
   *(Month, Day, Year)*

2. On_____, I engaged in EEO activity. Case No.:_____
   *(Month, Day, Year)*

### C  Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On _MAY 24,_____ 20_08_
   *Month, Day*          *Year*

SEE: COMPLAINT ENCLOSED FILED BEFORE U.S. DISTRICT COURT
AND ACCEPT IT AS MY COMPLAINT IN THIS OFFICE

RECEIVED
JUN 09 2008
NEEOISO

PS Form 2564-A, March 2001 *(Page 1 of 3)*

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations

**1.**

_____    _____
(Name of Employee)     Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

was treated differently than I when: _____

_____

_____

**2.**

_____    _____
(Name of Employee)     Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

was treated differently than I when: _____

_____

_____

**3.**

_____    _____
(Name of Employee)     Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)

was treated differently than I when: _____

_____

```
┌─────────────────────┐
│ RECEIVED            │
│                     │
│   JUN 09 2008       │
│                     │
│    NEEGISO          │
└─────────────────────┘
```

## E. Officials Responsible for Actions

List the name(s) of the official(s) who took the action that prompted you to seek counseling at this time.

| 1a. Name CAROL A. CROTEAU | b. Title MANAGER, PERSONNEL SERVICE |
|---|---|
| c. Office | d. Grade Level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

*Retaliation Allegations Only:* Was/were the official(s) listed in Section D above aware of your prior EEO activity?

☒ No  ☐ Yes   If yes, explain how the official(s) became aware: _____

_____

_____

## F. Resolution

What are you seeking as a resolution to your pre-complaint? _____

SEE: PRAYER FOR RELIEF ATTACHED

## G. Grievance MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the same issue?  ☐ No  ☒ Yes   If yes, _5-28-08_     _1_
                                                              (Date)    (Current Step)

2. Filed a MSPB appeal on this issue?  ☐ No  ☒ Yes   If yes, _5-19-08_
                                                           (Date Appeal Filed)

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity? ☒ No    ☐ Yes

## I. Representation

You have the right to retain representation of your choice. *(check one)*

☒ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

**RECEIVED**

**JUN 09 2008**

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone Number | Email Address NEEOISO |

Mailing Address *(Street or P.P. Box, City, State and Zip +4)*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling,* I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

| Please print your name here | RODOLFO VELASQUEZ | |
|---|---|---|
| Your Signature | *Rodolfo Velasquez* | Date signed 6-4-08 |

**Please return this form to:**

National EEO Investigative Services Office
EEO Contact Center
U.S. Postal Service
PO Box 21979
Tampa FL 33622-1979

## PERSONAL PROOF OF SERVICE

I'm over the age of eighteen years of age and not party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.

On June 6, 2008 I served the following documents:

INFORMAL FOR PRE-COMPLAINT COUNSELING;
COMPLAINT NO. CV-08-2520-JSW



RECEIVED
JUN 09 2008
NEEOISO

I personally placed a copy of the documents above cited on:

Neil T. Tseng
Assistant U.S. Attorney General
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

U.S. Postal Service
NEEOISO
EEO CONTACT CENTER
P. O. Box 21979
Tampa, FL 33622-1979

I declare under penalty of perjury and accordingly to the best of my knowledge, that the foregoing is true and correct executed on June 6, 2008.

Salvador Velasquez

1
2   Rodolfo Velasquez
    58 Lobos Street
3   San Francisco, CA 94112

4   (415) 239-4539

5   Plaintiff in:
    Propia Persona
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR
9               THE NORTHERN DISTRICT OF CALIFORNIA
10
11  RODOLFO VELASQUEZ,
12                                  CIVIL ACTION FILE No.
            Plaintiff,
13  Vs
                                    COMPLAINT FOR:
14
15  CAROL A CROTEAU,                DAMAGES AND INJUNCTIVE
    MANAGER PERSONNEL               AND DECLARATORY RELIEF
16  SERVICES; U. S. POSTAL
    SERVICE.                        JURY TRIAL DEMANDED
17
            Defendants.
18
19
20              I.    INTRODUCTION

21  1.      Plaintiff Rodolfo Velasquez is an individual with severe disabilities on his

22  locomotive lower body aiding himself with crutches to ambulate and holding a job with the

23  Defendant United States Postal Service since October 3, 1983.    His schedule working hours

24  from 6:30 pm to 3:00 am, and having same days off every since 1984.

25  2.      On March 26, 1984, Plaintiff Rodolfo Velasquez obtained a full time job with Defendant

26
27  United States Postal Service assigning him to a job No. G3C 1707.    As of the filing of this

28                                  1

1  complaint, Plaintiff has not received a job abolishment, nor any indication that his job is been

2  terminated, and therefore the job must be valid as well as of the filing of this complaint.   See

3  **Exhibit No. 1**

4

5  3.    On March 13, 1992 eight years after Plaintiff secured a job placement, Defendant United

6  States Postal Service informed the Plaintiff, that he was an unsigned employee.  See **Exhibit**

7  **No. 2.** However, Defendant United States Postal Service violated the employment contract

8  that required specific literature of a job abolishment, or a job termination, which Defendant

9  failed to produce such literature for the Plaintiff or the American Postal Worker Union.

10  4.    On March 27, 1992, Plaintiff demanded clarification of his employment status of

11  unssigned-assigned employee.  See **Exhibit No. 3**   Defendant United States Postal Service

12  never responded to the Plaintiff's employment clarification, therefore, Plaintiff assumed that he

13

14  is not unsigned employee.

15  5.    On October 2, 2002 eighteen years later after the Plaintiff secure a job placement,

16  Defendant United States Postal Service again submitted to the Plaintiff same requirement to

17  show up to personnel to submit a new job bid.   Plaintiff used the American Postal Worker

18  Union to argue on his behalf, and again no clarification was issued by Defendant whatsoever.

19  6.    On July 22, 2003 nineteenth years after Plaintiff secure a job placement, Defendant

20  United States Postal Service again requested the Plaintiff to submit a new job bid, however, the

21  Plaintiff by phone the Defendant requesting clarification of his original bid, and as of the filing

22  of this complaint, Defendant failed to clarify Plaintiff's request.   See **Exhibit No. 4**

23

24  7.    On April 15, 2008, Defendant United State Postal Service again requested the Plaintiff to

25  submit a new job bid twenty four years after Plaintiff secure a job placement.  See **Exhibit No.**

26  5

27

28                                              2

RECEIVED
JUN 09 2008
NFFCISO

8.    On April 22, 2008, Plaintiff requested again clarification of his job bid by making to Defendant's Manager of Personnel Services two questions: **"What makes her to believe that he is unsigned employee"**, **"To inform the Plaintiff what happened to his bid No. G3C 1707."** See **Exhibit No. 6**   However, Defendants [failed] to produce Plaintiff's demand for job clarification and again disregarding his request.

9.    On April 28, 2008, Defendant Carol A. Croteau submitted to the Plaintiff a letter demanding him to submit a form for accommodation, however failing again to produce an explanation of Plaintiff's original job bid.   See **Exhibit No. 7**

10.    On May 7, 2008, Plaintiff responded to Defendant letter dated April 28, 2008, demanding a job clarification.   See **Exhibit No. 8**   However, Defendant Croteau again failed to clarify Plaintiff's demand.

11.    On May 12, 2008, Defendant Carol A. Croteau arbitrarily assigned the Plaintiff to a position that requires 8 hrs standing and reaching overhead heavy staff for loading and unloading machines, and at same time disregarding Plaintiff's demand for a job clarification. See **Exhibit No. 9**

## II.    JURISDICTION AND VENUE

12.    This action for declaratory and injunctive relief to enforce the rights of the Plaintiff that was discriminated against by Defendant and unfairly damaged by a [capricious] Defendant's Manager of Personnel Services Carol A. Croteau.

//

3



RECEIVED
JUN 0 9 2008
NEEOISO

13.    Jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.  Vanue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b).

14.    Declaratory relief is authorized by 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.   Injunctive relief is authorized by 28 U.S.C. § 2202 and Rule 65 of the Federal Rules of Civil Procedure.   Plaintiff will submit more jurisdictional issues on an amendment if appropriate to any party if dissatisfaction occurs with the above cited mandates.

### III.    THE PARTIES

a)    The name of Defendant

15.    Defendant Carol A. Croteau is an executive of the United States Postal Service San Francisco California Office that presently is [abusing] her position as an executive of the Defendant to devastate, discriminate and harass a protected group of employees protected under the provisions of the American for Disability Act.

16.    The United States Postal Service is part of the Federal Government and located at: 1300 Evans Avenue, San Francisco, California 94188, (415) 550-5351.

b)    The Name of the Plaintiff

17.    Plaintiff Rodolfo Velasquez, age 59, has diagnosed with Poliomyelitis resulting with sever locomotive dysfunction on his lower body aiding himself with crutches to ambulate, and at all times be known as "Mr. Velasquez".

//

RECEIVED

JUN 09 2008

NEE...O

4

18. Mr. Velasquez is very independent person who has shown to Defendant for a ¼ of a century, that he is productive and competent employee on his present job with Defendant United States Postal Service's 030 units at 1300 Evan Avenue, San Francisco, California 94188.

19. Mr. Velasquez resides at 58 Lobos Street, San Francisco, California 94112.

## IV. STATEMENT OF THE CASE

(The Integration Mandates of the American with Disabilities Act)

20. In 1990, Congress enacted the American with Disabilities Act, 42 U.S.C. §§ 12101 – 12181, to advance the civil rights of people with disabilities.

21. The ADA's purpose and goal is "the elimination of discrimination against individuals with disabilities." 42 U.S.C. § 1210(b)(1).

22. In enacting the ADA, Congress stated that "historically, society has tended to isolate and segregate individuals with disabilities" and that such forms of discrimination "continue to be a serious and pervasive social problem." 42 U.S.C. § 12101(a)(2).

23. Congress further determined that "the Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic sufficiency for such individuals." 42 U.S.C. § 12101(a)(8).

24. Defendant Carol A. Croteau and the United States Postal Service breached and violated their obligation with the Plaintiff by ignoring his predicaments to clarify his job employment, consequently assigning him to a position that he cannot perform physically due to his limitations. Further, Defendants violated the mandates of the ADA's provisions by refusing to clarify his original job bid issued on his behalf in 1984, and to

5

1  Postal Worker Union.  Instead both Defendants have disrespect the Plaintiff ignoring his civil

2  rights and other benefits he is entitled to as a matter of law and fairness.

3

4

5                              V.   LEGAL CLAIMS

6      (Defendant violated the Plaintiff's rights cited on American with Disabilities Act.)

7  25.  Plaintiff is a qualified individual with severe disabilities within the meaning of the ADA,

8  42 U.S.C. § 1213(2).

9

10

11

12                          VI.   DISCRIMINATION
                               (First Cause of Action)

13  CLEAR AND CONVENCING DISCRMINATION AGAINST THE PLAINTIFF BY
14      DEFENDANTS CAROL A. CROTEAU AND THE U.S. POSTAL SERVICE

15  26.  Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 25 as though fully set forth

16  her herein.

17  27.  Defendant Carol A. Croteau discriminated against the Plaintiff by assigning him

18  arbitrarily and abusively to a job position called OCR and BCS that requires eight hours

19  standing and lifting overhead heavy loads of mail to be processed, etc.  Defendants are

20  performing those acts in violation to the American with Disability Act that requires a fair

21  accommodation within the individual's physical limitations.    Defendants wrongly calculated

22  that a disable person facing the pressure and harassments such as the one the Plaintiff is facing,

23  would force the disable person to abandon his/her job and seek for a more compassionate

24

25  employer elsewhere, or to apply for federal assistance that eventually the individual would

26  become a burden for the federal or state governments or other humanitarian agencies.  Also,

27

28                                      6



RECEIVED
JUN 09 2008
NEEO1SO

1  the disable person eventually would be segregated and damaged by entities and persons such

2  the Defendants cited on this complaint.   Further, Defendants know for certain, that

3  performing discrimination, harassment and oppression against of a qualify handicapped

4  individual, eventually the individual handicapped would face a tremendous burden to secure

5  legal representation, that requires large amount of money in order to force the U.S. Postal

6  Service and its executives to comply with the existing U.S. Laws that Protects individuals from

7  discrimination, harassment and oppression by employers such as the ones cited on this

8  complaint.   However, the illegal employment acts performed by Defendants of this complaint

9  are prohibited by the existing federal and state of California laws and the ones of the United

10  States as well.

11

12  28.   Defendant United States Postal Service is known for years, that it practice discrimination

13  against the handicapped persons by denying them employment and those few already within its

14  work-force, have to face discrimination, harassment and oppression as the case of the Plaintiff

15  and other handicapped employees that have been with Defendant United States Postal Service

16  for a while.   Plaintiff Rodolfo Velasquez is been with Defendant United State Postal Service

17  for about a ¼ of century, and still he is [not] away from Defendants' illegal acts, that has

18  caused him for years sever stress and pain every since 1984 when he secured a job with

19  Defendant United State Postal Service.

20

21

22

23  **VII. MISREPRESENTATION AND DECEIVE**
    (Second Cause of Action)

24

25  29.   Plaintiff Rudy Velasquez realleges paragraphs 1 through 28 as though fully set forth

26  herein.

27  //

28                                    7

RECEIVED
JUN 09 2008
NEEOISO

30.   For twenty four years, Plaintiff has been a Defendant's victim.   Also, for 24 years,

Defendant has made Plaintiff to believe, that he has a secure job as the same other employees

that have not to face the employment discrimination and harassment as Plaintiff does, because

they are not disable persons.

31.   In twenty four years, Defendant had intended to force the Plaintiff to accept a job that is

not on his interest, nor appropriate.     However at all times when the Plaintiff demanded

original bid clarification, Defendants ignored Plaintiff's demand, and also misrepresenting

themselves by informing the Union's representative in a couple occasions that Plaintiff's

employment situation was a personnel error by calling the him to submit a new job bid, but it

wouldn't happened again.

### VIII. DAMAGE
#### (Third Cause of Action)

32.   Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 31 as though fully set forth

herein.

33.   In order for the Plaintiff to defend himself from Defendants' discrimination and

harassment attacks, he had to be off of his job several times in order to prepare this

discrimination and harassment claim, consequently lost of wages.

34.   Physically, Plaintiff has suffered pain, stress and desperation caused by Defendants'

illegal acts, practically terminating him for his job by placing him in a position that requires

eight hours standing and to lift overhead heavy loads of mail, etc.

//



RECEIVED
JUN 0 9 2008
NEEOISO

## IX.    CONTEMPT
### (Fourth Cause of Action)

Plaintiff Rodolfo Velasquez realleges paragraph 1 through 34 as though fully set forth herein.

35.    On 1990's Plaintiff Rodolfo Velasquez filed a claim against Defendant for Discrimination against the handicapped in the jurisdiction of this Court.   This Court issued an order assigning the Plaintiff in Defendant United State Postal Service's position called boxes. The boxes section remains open now days, and it's believed that the court order now days still is valid.    Plaintiff at the filing of this claim did not submit more information of said lawsuit other than mention it, because, Defendants gave to the Plaintiff a very short notice, and he has not time at this time to provide more details of the mentioned lawsuit adjudged in this Court, because a research should be made and extra time is required to research the case physically kept in the National Arcade in San Bruno California.   While the disposition of this case, Plaintiff will get into the research of the court order issued by this Court on Plaintiff's employment behalf.

## X.    PRAYER FOR RELIEF

WHEREFORE, the Plaintiff Rodolfo Velasquez respectfully requests that the Court enter a judgment on his behalf:

a)    That the Court issues a judgment on Plaintiff Rodolfo Velasquez' behalf.

b)    That Plaintiff be awarded with his position that have been held for 24 years in 030 units, or in the alternative to be placed on a position agreed in this Court around 1990's in Defendant United State Postal Service's boxes section, or, to replace Carol A. Croteau for Plaintiff

9

RECEIVED

JUN 09 2008

NEEOISO

1  Rodolfo Velasquez.  Ms Croteau be placed in a position as OCR/BCS operator and the
2  Plaintiff occupies Ms Croteau's position as a Manager of Personnel Service.  This Court should
   know that Plaintiff is a professional person that easy can perform Ms Croteau's position as a
3  Manager of Personnel Service.  Ms. Croteau must be punished by this Court by assigning her
   to perform OCR/BCS job position.  Ms Croteau must feel in person how a person feels when
4  is been discriminated against, harassed and oppressed in order for her to be a fair, dign, worthy
   and a human being person.

5

6  c)    That Plaintiff be awarded his costs of this action, and  *LOST of Wages*
      *and SALARY INCOME*
7  d)    That Plaintiff has such other relief as the Court may deem just and proper to compensate
   for his sufferings suffered for twenty four years of employment discrimination, harassments
8  and oppression.

9  Dated: May 18, 2008
10            6-6-08

11

12

13                          Respectfully Submitted

14

15                          Rodolfo Velasquez
                            In Propia:
16                          Persona

17

18

19

20

21

22

23

24                                        
25                                        RECEIVED
                                          JUN 0 9 2008
26                                          NEEOISO
27

28                          10

RECEIVED

JUN 09 2008

NEEOISO

# Exhibit No. 1



**United States
Postal Service**

March 26, 1984

Rodolfo Velasquez
506 Grove Street #100
San Francisco, CA 94102-4100

This is to advise you that effective <u>March 31, 1984</u>    you will
be converted to career status as a Full Time Mail Distributor,
Level 4, Step 1.  Your salary will be __$20,839__ annually.
You will be assigned to Job # __G3C-1707__, General Mail Facility,
__5:30 PM__ reporting time, <u>Wed-Thu</u> off.

Although you have been converted to full time status, your contin-
ued employment is contingent upon your successful completion of 90
days probationary period.

If you will contact __Mrs Washington__    at 550-5530, she will
arrange for processing and explain the many benefits of your new
status.

Congratulations on your conversion.


Jefferson Wilson
MSC Manager/Postmaster

by: C. W. Harper
    Director, Employee & Labor Relations
    1300 Evans Avenue, Room #396
    San Francisco, CA 94188-9994

RECEIVED
JUN 09 2008

RECEIVED
JUN 0 9 2008
NEEOISO

# Exhibit No. 2

# UNITED STATES POSTAL SERVICE

1300 Evans Avenue/ San Francisco, CA 94188-9998

**DATE:**    March 13, 1992

**OUR REF:**    WED11:LS:WHill:by/una:9421

**SUBJECT:**    Residual Vacancies

**TO:**    RODOLFO VELASQUEZ
SS#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
P/L 383

*(handwritten notes:)*
SSC - S2.03
ISAOK    ON 3 27-92
WILL HILL

SSC - SO15

FAX FOR LINDA
Shumate 550-5345

This is to inform you that as an unassigned regular you are required to report to Bids & Promotions, Room 065, GMF, during the period from March 23, 1992 to March 26, 1992, for the purpose of selecting a residual vacancy. Our office hours are from 8:00 AM to 4:00 PM.

If you fail to make a choice, or choose a limited number, you may be assigned to any of the available positions remaining after all choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority and qualifications. If you are on a limited duty or are currently an acting supervisor (204B), please submit written documentation upon reporting.

This action is in accordance with Article 37.3.F.10, National Agreement.


Linda Shumate
Manager, Personnel Services
San Francisco Division

cc:
Supv P/L _383_
File

RECEIVED
JUN 09 2003
NEEOISO

RECEIVED

JUN 09 2008

NEEOISO

# Exhibit No. 3

March 27, 1992

Linda Shumate
United State Postal Service          RE: WED11:LS:WHill:by/una:9421
1300 Evans Avenue
San Francisco, CA 94188-9998

Dear Mrs. Shumate:

   This is to answer your letter dated March 13, 1992, first according
to my records I am not an assigned postal employee my job number is G3C-
1707, if you gave my job to somebody else this may be a terrible error
from your department that it should be correct it immediately.

   If you insist to assign me on a residual position, I may have the
right to look for a legal protection.

   Therefore, inform me immediately of any decision that you may make,
for me to have the opportunity in response to yours I believe erroneous
status.

                                   Very Truly Yours

                                   Rodolfo Velasquez
                                   S.S.N. 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
                                   P.L. 383.

RECEIVED
JUN 09 2008
NEEOISO



# Exhibit No. 4


**UNITED STATES**
**POSTAL SERVICE**

August 16, 1995

VELASQUEZ, R
SS# 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
P/L 383

**SUBJECT:  UNASSIGNED REGULAR/OVER 90 DAYS**

You are required to report to Bids and Promotions, 1300 Evans
Avenue, Room 65, SFP&DC, during the period from __08-24-95__ to
__09-01-95__ in order to select a residual vacancy.  If you
fail to make a choice, or select a limited number, you will be
assigned to any of the available remaining after all choices
have been exhausted.  Assignment will be based upon Article
37.3.F.10.  The office hours are Monday, Thursday and Friday,
8:00am - 4:00pm.  (We're closed on Tuesday and Wednesday).

If you are not qualified for the position, you will be given
on-the-clock training.  You are cautioned that your continued
employment will be dependent upon your ability to qualify on
the essential scheme/skill in the requisite training time.  If
you are currently on extended limited/light duty or are
currently an Acting Supervisor (204B), please submit written
documentation upon reporting.  The assignment will be effective
**September 16, 1995.**

Harriet J. White
Senior Personnel Services Specialist
Customer Service & Sales
San Francisco, CA 94188-1824

RECEIVED
JUN 09 2008
NEEOISO

SAN FRANCISCO DISTRICT


**UNITED STATES
POSTAL SERVICE**

October 2, 2002

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112-3020

### SUBJECT: UNASSIGNED REGULAR/ RESIDUAL VACANCY

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the period of **October 4, 2002 through October 11, 2002** for the purpose of selecting a residual vacancy. The office hours are 7:00 am – 4:30 pm, Monday through Friday.

If you fail to make a choice you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority. If you are currently on limited / light duty or currently an Acting Supervisor (204-B), please submit an updated written documentation upon reporting. The assignment will be effective **October 19, 2002.**

This action is in accordance with the National Agreement, Article 37.4.C.1

Norma A. Palisoc
Manager, Personnel Services

CC: SMDO T-3
    APWU
    File

RECEIVED
JUN 09 2008
NEEOISO

P O BOX 881013

(415) 550-5205
FAX: (415) 550-5604

SAN FRANCISCO DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

July 22, 2003

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112- 3020

SUBJECT: **UNASSIGNED REGULAR/ RESIDUAL VACANCY**

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the
period of July 28, 2003 through August 1, 2003 for the purpose of selecting a
residual vacancy.

If you fail to make a choice or choose a limited number, you may be assigned to any
available positions remaining after all the choices have been exhausted. The
assignment you receive as a result of this action will be your permanent assignment
until you receive a bid of your choice. Assignments will be based upon craft
seniority. If you are currently on limited / light duty or currently an Acting Supervisor
( 204-B), please submit an **updated written documentation** upon reporting. The
assignment will be effective August 9, 2003.

This action is in accordance with the National Agreement, Article 37.4.A.

Pamela L. Tarango
A/ Manager, Personnel Services

cc: SMDO T- 3
    APWU
    File

RECEIVED
JUN 09 2008
NEEOISO

P.O BOX 881013
SAN FRANCISCO, CA 94188 - 1013
(415) 550-5205
FAX: (415) 550-5721



RECEIVED
JUN 0 9 2008
NEEOISO

# Exhibit No. 5

RECEIVED

JUN 0 9 2008

NEEOISO

# Exhibit No. 9

SAN FRANCISCO DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

April 15, 2008

Rodolfo Velasquez
58 Lobos St
San Francisco, CA 94112-3020

### SUBJECT:  UNASSIGNED REGULAR/ RESIDUAL VACANCY

Attached is a copy of the  Clerk Residual Vacancy list. You are required to make your selections and number them by preference. Submit your selection form to Bids & Promotions, Rm. 65, or mail to Bids & Promotions, P.O.Box 881013, San Francisco, CA 94188-1013, during the period of April 16, 2008 through May 1, 2008. The office hours are 7:00 a.m. to 4:00 p.m., Monday through Friday. Envelopes must be postmarked on or before the closing date of  May 1, 2008.

If you fail to make a choice, you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your own choice. Assignments will be based upon craft seniority and will be effective **May 10, 2008.**

This action is in accordance with the new language of the National Agreement., Article 37 Section 4.

Carol A Croteau
Manager , Personnel Services

cc: Labor Relations
     APWU
     file

RECEIVED
JUN 09 2008
NEEOISO

P O BOX 881013
SAN FRANCISCO, CA 94188 - 1013
(415) 550-5206
FAX: (415) 550-5721

RECEIVED

JUN 0 9 2008

NEEOISO

# Exhibit No. 6



April 22, 2008

Carol A. Croteau
U.S. Postal Service
P. O. Box 881013
San Francisco, Ca 94188-1013

Dear Ms Croteau:

This letter is in response of your letter dated April 15, 2008.  I'm sorry at this time, but I cannot honor your request.   Please be advised, that I will not follow your instructions until you answer my questions.   So, please reply immediately in order to settle our dispute of the issues involved in your letter.

- Please inform me immediately; what makes you to believe that I'm unssigned employee?

- Please inform me immediately; what did you do with my bid No. **G3C-1707?**

Please be informed, soon as you answer my questions we will go to the next step of my strongly dispute of your attempts to force me to bid, when in fact I don't have to according to my record.

If you have any questions in regard this letter, do not hesitate to contact me at: (415) 239-4539.



Very Truly Yours



Rodolfo Velásquez

RECEIVED
JUN 09 2008
NEEOISO

# Exhibit No. 7

BIDS & PROMOTIONS
SAN FRANCISCO DISTRICT


**UNITED STATES
POSTAL SERVICE**

April 28, 2008

ATTACHED IS A DRAC FORM AND PUB 316 FOR YOUR INFORMATION AND
GUIDANCE. SUBMIT YOUR COMPLETED REQUEST TO THE ADDRESS
BELOW:

**DISTRICT REASONABLE ACCOMMODATION COMMITTEE
P O BOX 885048
SAN FRANCISCO, CA 94188-5048**

**BIDS & PROMOTIONS
RM 65 / SFP&DC**


RECEIVED
JUN 09 2008
NEEOISO

BIDS & PROMOTIONS
PO Box 881013
San Francisco CA 94188-1013
FAX: (415) 550-5302



**Exhibit No. 8**

May 7, 2008

Carol A. Croteau
US Postal Service
P. O. Box 881013
San Francisco, CA 94188-1013

Dear Ms Croteau:

This is in response of April 28, 2008 letter. Please be advised, that you failed to answer my two questions made on April 22, 2008. I will [not] do anything until you answer the questions made. After you answer the questions, then I'll follow your instructions.

Please reply immediately.

If you have any questions in regard, please do not hesitate to contact me at: (415) 239-4539, or (415) 368-6085. Thank you.

Very Truly Yours

Rodolfo Velasquez

RECEIVED
JUN 09 2008
NEEOISO



**UNITED STATES**
**POSTAL SERVICE**

May 12, 2008

RODOLFO VELASQUEZ
XXX-XX-4179
Mail Processing Clk
Unassigned Regular
PL 381

SUBJECT:   **ASSIGNMENT OF UNASSIGNED REGULAR**

Effective Saturday, May 24, 2008, you will report to North Peninsula Delivery and Distribution Center at 1625 Rollins Rd., Burlingame, CA :

Job # 95798286  Job Title: Mail Processing Clerk
Section: NPDDC T-1 OCR/BCS  PL: 142
Schedule: 2300-0730, Tue-Wed days off

This action is taken in accordance with Article 37.4.C.5., National Agreement.

Carol A. Croteau
Manager , Personnel Service

RECEIVED
JUN 09 2008
NEEOISO

cc: SMDO T- 3
    Manager, NPDDC
    In Plant Support
    Labor Relations
    APWU
    FILE

FAX

U.S. POSTAGE
PAID
SAN FRANCISCO.CA
94110
JUN 05 08
AMOUNT
$2.02
00011614-17

33622

0000

UNITED STATES
POSTAL SERVICE

FROM:
RODOLFO VELASQUEZ
-8 LOBOS ST
SAN FRANCISCO, CA
94112

TO:
U.S. POSTAL SERVICE
NEEOISO
E. E. O. CONTACT CENTER
P.O. BOX 21979
TAMPA, FL 33622-1979

Exhibit B

EEO ADR SPECIALIST



**UNITED STATES**
**POSTAL SERVICE**

July 8, 2008

Rodolfo Velasquez
58 Lobos St.
San Francisco, CA 94112-3020

Certified #7005 3110 0004 1853 1616
Return Receipt Requested

Subject :    Notice of Right to File
            EEO Case No.: 4F-940-0144-08

Dear Mr. Velasquez:

This letter is to notify you that I have concluded the processing of your claim of discrimination initiated on 5/28/2008.

In this matter you claim that you were discriminated against based on Race (Hispanic) and Physical Handicap (Poliomyelitis) when on 5/24/08, you were assigned to a position you cannot perform physcially due to your limitations. I had attempted to contact you a couple of times by telephone at the number you provided on the counseling request form but was unsuccessful (all I got was busy signal).

Per my correspondence to you dated July 3, 2008, you contacted me today and informed me that you were not interested in mediation nor were you willing to grant me an extension to process your case due to your concern that an extension will only prolong the processing of your case. Because the 30 day time limit had expired and your desire to speed up the processing of your case, a management inquiry was not conducted.

At this time there is no resolution to your counseling request. You have two options available to you. You can do nothing at which point your inquiry will expire and no further action will be taken on your counseling request or you can elect to file a formal complaint.

If you opt to file a formal complaint, you have 15 days from the date of receipt of this letter to file a timely formal complaint. Your complaint could be subject to dismissal in accordance with 29 CFR Part 1614.107 if not filed within the 15 day time limit. Your complaint will be deemed timely if it is postmarked before the expiration of the 15 day time limit. The Complaint must be specific and contain only those issues either specifically discussed with me or issues that are like or related to the issues that you discussed with me.

Enclosed are the required forms if you wish to pursue your complaint further through the EEO process. If you choose to file a formal complaint, you must complete, sign, and date PS Form 2579 and PS Form 2565 and return them to the following address:

**NEEOISO-Formal Complaint**
**U.S. Postal Service**
**P.O. Box 25438**
**Tampa, FL 33622-5438**

You are not permitted to use a penalty envelope to submit your formal complaint. You will receive written acknowledgment of your formal complaint.

As a reminder, it is your responsibility to immediately notify **NEEOISO, P.O. Box 21979, Tampa, FL 33622-1979** of any changes to your mailing address. If you designate or change your EEO representative, it is your responsibility to advise NEEOISO in writing of that person's name, title, mailing address, and phone number.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

Gloria Viray

Gloria Viray
EEO ADR Specialist
2650 Bayshore Blvd., Room 204
Daly City CA 94013-0057
415/405-4844

Enclosures



**UNITED STATES**
**POSTAL SERVICE** ™

# Notice of Right to File Individual Complaint

| Counselee Name *(Last, First, MI)* | Informal Case No. |
|---|---|
| **Rodolfo Velasquez** | **4F-940-0144-08** |

This notice will attest to the fact that on _____**7/8/08**_____ I advised you of the actions taken the allegation(s) of discrimination which you brought to my attention. If the matter which you raised during the precomplaint processing stage has not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, *EEO Complaint of Discrimination in the Postal Service,* is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

[

**NEEOISO – FORMAL COMPLAINTS**
**U.S. POSTAL SERVICE**
**PO BOX 25438**
**TAMPA FL 33622-5438**

]

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, handicap or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;
  –*If you change your address, you have a regulatory requirement to immediately report the change to the EEO Complaints Processing Office*
(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be
  discriminatory;
  –*You cannot add matters which were not discussed during counseling.*
(3) The specific type of discrimination alleged, e.g., race-black, sex-female, etc.;
  –*If you allege handicap discrimination, the alleged handicap must be more than a temporary disability.*
  –*If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.*
(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom
  you believe were treated differently than you.
  –*If you allege a failure to accommodate a handicap or your religion, you must explain the accommodation sought and why you sought it.*
  –*If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and*
  *you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.*

## Privacy Act Statement

The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et. seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; in a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of

Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Provision of the information requested is mandatory for the complainant, and for Postal Service and other federal employee witnesses. Failure of the complainant to provide requested information could result in the complaint being dismissed. Failure of Postal Service and other Federal employees to provide requested information could result in disciplinary action. Provision of the information requested by other persons is voluntary and failure to provide such information will result in no adverse effect.

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
|  |  | *Gloria Viray*<br>Gloria Viray | 7/8/08 |

*Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.*

PS Form **2579-A,** January 1994

# UNITED STATES
## POSTAL SERVICE® EEO Complaint of Discrimination in the Postal Service
(See Instructions and Privacy Act Statement on Reverse)

| 1.  Name **Rodolfo Velasquez** | 2.  SSN **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** | 3.  Case No. **4F-940-0144-08** |
|---|---|---|

| 4a. Mailing Address – Street or PO Box | 4b.  City State & Zip +4 | |
|---|---|---|

| 5. Email Address* | 6. Home Phone | 7. Work Phone |
|---|---|---|

| 8. Position Title *(USPS Employees Only* | 9. Grade Level *(USPS Employees Only)* | 10. Do you have Veteran's Preference Eligibility? ☐ Yes  ☐ No |
|---|---|---|

| 11. Installation Where You Believe the Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|

| 13a.  Name of Your Designated Representative | 13b.  Title |
|---|---|

| 13c.  Mailing Address *(Street or P.O .Box)* | 13d.  City, State and Zip +4 |
|---|---|

| 13e.  Email Address* | 13f  Home Phone ( ) | 13g. ( ) |
|---|---|---|

14. Type of Discrimination You Are Alleging

☐ Race *(Specify)*:
☐ Color *(Specify)*:
☐ Religion *(Specify)*:
☐ National Origin *(Specify)*:
☐ Sex *(Specify)*:
☐ Age (40+) *(Specify)*:
☐ Retaliation *(Specify)*:
☐ Disability *(Specify)*:

15. Date on which alleged act(s) of Discrimination Took Place

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

17. What Remedy Are You Seeking to Resolve this Complaint?

17. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™* mediator?

☒ Yes _____  ☐ No
(Date You Received the Notice of Final Interview ( via certified mail on 7/8/08)

| Signature of Counselor *Gloria Urias* | 19b. Date 7/8/08 |
|---|---|

| 20.  Signature of Complainant or Complainant's Attorney | 21.  Date of this Complaint |
|---|---|

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

PS Form 2565, March 2001 *(page 1 of 2)*

## Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations.

contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Instructions

A. Use this form to file a formal complaint if you are an employee or applicant for employment who believes that you have been discriminated against by the Postal Service because of your race, color, religion, sex, age (40+), national origin or disability. You must have presented the matter to an EEO dispute resolution specialist within 45 calendar days of the date the incident occurred, or, if a personnel action was involved, within 45 calendar days of the effective date of the personnel action.

B. Unless you have agreed to extend the 30-day period for an additional 60 calendar days, you will receive a notice of right to file a formal complaint within 30 calendar days from the date of your first contact with the EEO Office. You must file your formal complaint within 15 calendar days of the date on which you receive your notice of right to file. If you do not receive a notice of right to file within the appropriate time period, you may file a formal complaint at any time thereafter, up to 15 calendar days after receiving the notice.

C. If you have agreed to participate in alternative dispute resolution (ADR), the informal process must be completed within 90 calendar days of your first contact with the EEO office. You have the right to file a formal complaint at any time thereafter, up to 15 calendar days after you have received your notice of right to file.

D. Your notice of right to file contains the address where your formal complaint must be mailed or delivered. The formal complaint will be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 days of the expiration of the filing period.

E. The time limits for filing a formal complaint may be extended if you show that you were prevented by circumstances beyond your control from timely submitting the complaint, or if you present other reasons considered sufficient by the Postal Service.

F. If you need help preparing this form, you may obtain assistance from a representative of your choice. You may also seek guidance from the dispute resolution specialist who issued you the notice of right to file.

G. Your formal complaint must be in writing and must be signed and dated by you or your attorney. You are entitled to a representative of your choice at all stages of the EEO complaint process; however, only an attorney can sign official EEO documents on your behalf.

H. If your written complaint is accepted, it will be assigned to an EEO complaints investigator who will provide you with an opportunity to present all the facts that you believe resulted in the alleged discrimination. The EEO complaints investigator will conduct a thorough review of the circumstances under which the alleged discrimination occurred.

I. While your complaint is under investigation, you may amend it to add claims that are like or related. Contact the EEO office for the address where your written amendment request must be mailed or delivered.

J. You and your representative will each be provided a copy of the completed investigative file. You have the right to request a hearing within 30 calendar days of the date you receive the investigative file by mailing or delivering your request to the appropriate Equal Employment Opportunity Commission (EEOC) District Office with a copy to NEEOISO, Hearing Request, U.S. Postal Service, P.O. Box

21979, Tampa, FL 33622-1979. If you are represented by an attorney, the 30-day period will begin on the date your attorney receives a copy of the case file. Instead of requesting a hearing, you may request an agency decision without a hearing and the head of the agency or his/her designee will issue you a decision letter with appeal rights.

K. If you request a hearing, the EEOC will appoint an administrative judge (AJ) to conduct the hearing. The AJ will notify you and the Postal Service of the right to seek discovery prior to the hearing to develop evidence reasonably on matters relevant to the issues raised in the complaint(s) to be heard. Attendance at the hearing will be limited to persons the administrative judge determines have direct knowledge relating to the complaint. Hearings are part of the investigative process and are closed to the public.

L. Following the hearing, the AJ will send you copy of the hearing record, including the transcript and his/her decision. The head of the agency, or his/her designee, will review the entire record, including the transcript, and will determine whether or not to implement the AJ's decision. You will receive the agency's notification of final action within 40 days of the date the agency receives the AJ's decision. If the agency's final action will not fully implement the AJ's decision, the agency must appeal to the EEOC. A copy of the Postal Service's appeal will be attached to your notification of final action.

M. If you are not satisfied with the decision of the AJ, or the agency's final action on the decision, you have the right to appeal within 30 calendar days after receiving notification of the agency's final action. Your appeal must be mailed to the EEOC at the following address:

    EEOC
    OFFICE OF FEDERAL OPERATIONS
    PO BOX 19848
    WASHINGTON DC 20036-9848

N. In lieu of filing an appeal of the agency's final action to the EEOC's Office of Federal Operations (OFO), you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the agency's final action.

O. You may also file a civil action in an appropriate U.S. district court: after 180 days have passed from the date you filed the complaint, if the final agency action has not been issued and an appeal has not been filed; within 90 days of receipt of the OFO's decision on your appeal; or after 180 days have passed from the date you filed your appeal with the OFO, if there has been no decision issued on that appeal.

P. Special statutory provisions in Public 93-259 relate to age discrimination. The Public Law sets forth the right to by-pass the administrative complaint processing procedure and file a civil action. For additional information, contact the EEO office.

Q. Under the Equal Pay Act, you have the right to file a civil action without exhausting the administrative procedures.

R. You must keep the EEO complaint processing office aware of your current mailing address at all times. Failure to notify the EEO complaint processing office and the EEOC of an address change could result in the dismissal of your complaint.

PS Form 2565, March 2001 *(Page 2 of 2)*

EEO ADR Field Operations Office

 **UNITED STATES**
**POSTAL SERVICE**

# MEMORANDUM

The purpose of this memorandum is to provide you the following information pertaining to your rights and the regulations under 29 CFR (Code of Federal Regulations) 1614, which govern the EEO complaint process:

1. The "What You Need To Know About EEO" booklet you received with the initial forms, contain an overview of the EEO process in the Postal Service. If you did not receive your booklet or have questions regarding the information contained in the booklet, you may contact this office to obtain a booklet or clarification on any matter that is not clear to you.

2. You have a right to be accompanied/represented and advised by a representative of your choice at any stage in the complaint process. If you reject an offer of resolution made pursuant to 29 C.F.R. §1614.109c, it may result in the limitation of the agency's payment of attorney's fees or costs. The EEO Counselor is not an advocate for either the aggrieved person or the agency but acts strictly as a neutral in the EEO process.

3. You have the right to receive a letter terminating your counseling within 30 days of your initial contact advising you of the right to file a formal complaint with the appropriate individual or 90 days if you elect ADR. If your complaint is not resolved in ADR or counseling, you have the right to file a formal complaint within 15 days of the Counselors notice of right to file a formal complaint. If you file a formal complaint, you may go to US District Court or request a hearing before an EEOC judge after 180 days of filing, or when the investigation is completed, or you may request a immediate final decision from the agency or the EEOC within 30 days of your receipt of the decision to the EEOC Office of Federal Operations (OFO). You have the right to request reconsideration of decisions from OFO within 30 days of receipt of the decision.

4. You have a right to remain anonymous during the pre-complaint/counseling stage. However, if your complaint should go to the Formal stage you can not remain anonymous.

5. If you have filed an accepted claim with the Merit Systems Protection Board (MSPB) on the same issue(s) addressed in your EEO complaint and the filing of your MSPB appeal was made prior to your filing of a Formal EEO complaint, your Formal EEO complaint may be dismissed by the Agency.

6. The collection of information obtained in your complaint will be used to adjudicate your complaint of alleged discrimination and to evaluate the effectiveness of the EEO program. As routine use, this information may be disclosed to an appropriate Government Agency in order to obtain information relevant to a USPS decision concerning employment, security clearance, contracts, licenses, grants, permits or other benefits; to a Government Agency, upon its request when relevant to its decision concerning employment, security clearance, etc. It is mandatory for you to provide requested information relative to the allegations of your complaint. Failure to provide information could result in your complaint being dismissed.

7. If you are alleging age discrimination (40 years or older), you have the option of bypassing the administrative complaint process by electing not to file a Formal complaint and instead filing a civil action in an appropriate US District Court under the Age Discrimination in Employment Act (ADEA). However, if you choose to file a Formal EEO complaint, you must exhaust administrative remedies before proceeding to court. Contact this office immediately for more information if you would like to pursue this option.

8. If you are filing a sex based claim of wage discrimination, under the Equal Pay Act (EPA) you have the option of bypassing the administrative complaint process by electing not to file a Formal complaint and instead, filing a civil action in an appropriate US District Court. You may also have the right to file in a court of competent jurisdiction if your claim is sex-based wage discrimination under the Equal Pay Act pursuant to CFR 1614.108(g).

9. If you are alleging discrimination based on handicap, you are required to submit the proper documentation to substantiate your handicap claim.

10. If you have filed a grievance on the same issue(s) as addressed in your Formal EEO complaint, the Agency may defer processing of your Formal complaint until adjudication through the grievance procedure.

11. If you are filing a class complaint, contact this office immediately for detailed information relative to class complaint procedures and the responsibilities of a class agent as outlined in 29 CFR § 1614.204.

2

12. If you are claiming compensatory damages, you must provide a copy of all medical reports, including all records which relate to your claimed injuries, pre-existing conditions, concurrent conditions, or subsequent conditions. As an alternative to providing the records of your medical treatment, you may prepare a **Medical Release** for each of the individuals who either treated you or consulted with in regards to your health-related compensable injury. Whether or not you sign a medical release <u>you are responsible for obtaining and providing</u> all payment records (including, but not limited to, canceled checks) for expenses relating to any health care which was provided to treat any injury or condition for which you are claiming compensation. You also have a duty to mitigate damages during any period of unemployment.

13. CFR 1614.107(a) states that "the agency shall dismiss a complaint or a portion of a complaint that:: 1) Fails to state a claim, non-aggrieved; 2) Untimely, or not raised in counseling; 3) Pending in District Court; 4) Pending Grievance or MSPB; 5) Moot, or alleges a proposal or preliminary step; 6) Unknown at address; 7) Failed to reply, or reply was non-responsive; 8) Dissatisfaction with the processing of a previous complaint; or 9) Misuse of EEO process, multiple complaint, similar, non-specific, or resolved issues.

14. You are required to immediately notify the EEO Office if your mailing address changes, and to provide the agency with copies of appeal papers.

15. Only the same or like and related allegations raised in pre-complaint counseling may be alleged in a subsequent complaint filed with the agency. If you file a formal complaint, you may also request your complaint be amended.

16. The agency must consolidate two or more complaints filed by the same complainant. When cases are consolidated, the investigation shall be completed 180 days after the filing of the last complaint or 360 days after the filing of the first complaint. A hearing may be requested 180 days after the filing of the first complaint.

# CERTIFICATE OF SERVICE

I certify that on this date that PS Form 2579-A, Notice of Right to File Individual Complaint, with attachments, was mailed to the following parties at the mailing addresses listed below:

Rodolfo Velasquez
58 Lobos St.
San Francisco, CA 94112-3020

Certified Mail #7005 3110 0004 1853 1616
Return Receipt Requested

_____
EEO ADR Specialist

_____7/8/08_____
Date

do 2570

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $      7/8/08 |

Postmark Here

Sent To
RODOLFO VELASQUEZ
Street, Apt. No.; or PO Box No.
58 LOBOS ST
City, State, ZIP+4
SAN FRANCISCO CA 94112-3020
NOTICE OF RIGHT TO FILE – 4F-940-0144-08

7005 3110 0004 1853 1616

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO CA 94112-3020

NOTICE OF RIGHT TO FILE – 4F-940-0144-08

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 3110 0004 1853 1616

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540