JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODOLFO VELASQUEZ,** | ) |
| Plaintiff, | ) |
| v. | ) No. C 08-0-2520 JSW |
| **CAROL A. CROTEAU, Manager Personnel Services, and UNITED STATES POSTAL SERVICE,** | ) |
| Defendants. | ) |

### SECOND DECLARATION OF LINDA K. CRUMP

I, LINDA K. CRUMP, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief.

1. I am the Supervisor, Tort Claims Examiner/Adjudicator with the United States Postal Service National Tort Center, St. Louis General Law Office. I am over the age of twenty-one and competent to make this Declaration.

2. In that capacity, I have full access to, and regularly utilize, all Postal Service Law Department records that are maintained on each administrative

claim submitted for adjudication to the Postal Service pursuant to the provisions of the Federal Tort Claims Act, §§ 1346(b) and 2671 et seq. The records of claims maintained by the Law Department are nationwide; consequently, they include tort claims submitted that occur within the State of California.

3.      The Law Department maintains an internal database that contains a listing of most claims filed against the United States Postal Service for damage, injury, or death. This database contains information regarding the claim, including the date the claim was received. The only claims that are not listed in this database system are claims for loss that are settled at the local level by a Torts Claims Coordinator. Tort Claims Coordinators have up to $5,000.00 in settlement authority. A Tort Claims Coordinator may settle any claim up to the amount of $5,000.00 without seeking the authority of an attorney from the Postal Service's Law Department. However, a Tort Claims Coordinator does not have authority to deny any claim.

4.      I conducted a search of all Postal Service Law Department records of administrative tort claims submitted for adjudication for evidence of an administrative claim filed by or on behalf of Rodolfo Velasquez, the above-named plaintiff. No such claim was discovered.

5.      A separate database maintained by the Postal Service tort claim coordinators contains information on and tracks claims settled at the local level.

6.      I conducted a search of all Postal Service tort claim coordinator database records of administrative tort claims settled at the local level for

evidence of an administrative claim filed by or on behalf of Rodolfo Velasquez, the above-named plaintiff. No such claim was discovered.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of July, 2008.

By:

*[signature]*

Linda K. Crump
Supervisor Tort Claims Examiner/Adjudicator
National Tort Center, United States Postal Service