JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RODOLFO VELASQUEZ, | ) | No. C 08-02520 JSW |
| | ) | |
|    Plaintiff, | ) | Declaration of Adam Alvarez, |
| | ) | Exhibit A |
| v. | ) | |
| | ) | |
| CAROL A. CROTEAU, Manager Personnel | ) | |
| Services, and UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
|    Defendants. | | |

## DECLARATION OF ADAM ALVAREZ

I, ADAM ALVAREZ, declare:

1. I am the Manager, Labor Relations, for the San Francisco District of the United States Postal Service located in San Francisco, California and am the Coordinator for the San Francisco District Reasonable Accommodation Committee (DRAC).

2. I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

3. On May 22, 2008, I sent Rodolfo Velasquez a letter in which I informed him that the Postal Service had construed his District Court Complaint and TRO Application as a constructive request to the DRAC for a reasonable accommodation, and that a meeting with the had been scheduled for him to meet with the DRAC at 10:30 AM on May 28, 2008 so that he could discuss his request.

4. A true and correct copy of that letter is attached hereto as Exhibit A.

5. Rodolfo Velasquez did not attend the May 28, 2008 DRAC meeting.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed at San Francisco, California on July 17, 2008.

ADAM ALVAREZ

Exhibit A

# UNITED STATES POSTAL SERVICE
## Reasonable Accommodation Committee

Certified Mail-Return Receipt Requested: 7005 0810 0005 2662 7875

DATE: May 22, 2008

FILE ID: 08-0522 RA

SUBJECT: Accommodation Request/Referral
TO: Rudolfo Velasquez
58 Lobos Street
San Francisco CA 94112-3020

Dear Mr Velasquez,

The Reasonable Accommodation Committee (DRAC) is in receipt of a request/referral to discuss a possible accommodation that would enable you to perform the essential functions of your core duties. The DRAC will meet to discuss your request at the time and location indicated below:

> Time: 10:30 AM
> Date: May 28, 2008
> Location: San Francisco P&DC
> Address: 1300 Evans Ave, Room 299
> San Francisco CA, 94188

The DRAC will review information available relative to your request. You are invited to attend and participate in the discussion. You should be prepared to discuss your medical condition, limitations and any reasonable accommodations you believe are appropriate. You may at your option be accompanied by your representative. If for any reason you are unable to attend and wish to reschedule, please contact me at (415) 550-5609 to make alternate arrangements.

*This meeting is conducted with a 4-6 person committee who will engage in an interactive process with you. They will ask you a series of questions related to your impairment. Your response will help them to determine if you are a qualified person with a disability that limits one or more major life activities such as hearing, seeing, walking, speaking, caring for self, performing manual tasks, and breathing. In addition the committee will determine if you qualify as an individual with a disability under the Rehabilitation Act of 1973.*

Your participation in this process is necessary for full and proper consideration of your request, and we look forward to meeting with you. I have enclosed Publication 316 for your review and so that you may gain an understanding of Reasonable Accommodation in the U.S. Postal Service.

Sincerely,

[signature]

Coordinator
Reasonable Accommodation Committee

cc: RAC File
Postmaster/Manager