JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RODOLFO VELASQUEZ, | ) | No. C 08-02520 JSW |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JOVENCIO RAMIRO |
| | ) | |
| v. | ) | |
| | ) | |
| CAROL A. CROTEAU, Manager Personnel | ) | |
| Services, and UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JOVENCIO RAMIRO

    1.    I am the Acting Facility Manager for the United States Postal Service (the "USPS") in its North Peninsula Delivery Distribution Center in Burlingame, California. I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

2. I have been the Acting Facility Manager for the North Peninsula Delivery Distribution Center since December 2006. In that capacity, my responsibilities include managing safety program, managing mail flow, managing staffing, managing budget, managing transportation issues, managing supplies/capital equipment and needed services.

3. Rodolfo Velasquez ("Velasquez") has been absent from his official duties since May 29, 2008. To date, he has failed to provide acceptable documentation to justify his continued absence. He has also failed to follow leave requesting procedures by not calling in to notify his supervisor he would be unable to report for duty. In light of the foregoing, he has been considered Absent Without Leave (AWOL) since May 29, 2008 and is carried in a Leave Without Pay (LWOP) status.

4. Attached to Defendants' Motion to Dismiss as Exhibit H is a true and correct copy of a letter I mailed to Velasquez on or around June 3, 2008

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2008, at Burlingame, California

JOVENCIO RAMIRO

DECLARATION OF JOVENCIO RAMIRO
C 08-02520 JSW