# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**
2. **SECOND DECLARATION OF ROBERT O'CONNELL**
3. **DECLARATION OF LINDA K. CRUMP**
4. **DECLARATION OF ADAM ALVAREZ**
5. **DECLARATION OF JOVENCIO RAMIRO**
6. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

<u>Rodolfo Velasquez v. USPS, Carol A. Croteau</u>
Case No. CV 08-2520 JSW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  **X**   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___   **FEDERAL EXPRESS**

  ___   **PERSONAL SERVICE (BY MESSENGER)**

  ___   **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

**Rodolfo Velasquez, PRO SE**
**58 Lobos Street**
**San Francisco , CA  94112**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 18, 2008 at San Francisco, California.


      /s/_____
      BONNY WONG
      Legal Assistant