Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112
(415) 239-4539
Plaintiff in:
Propia Persona

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RODOLFO VELASQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>CAROL A. CROTEAU, Manager Personnel Services, and UNITED STATES POSTAL SERVICE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 08-02520 JSW<br><br>STIPULATION TO CONTINUE HEARING DATE AND INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

     Subject to the approval of the Court, the parties hereby stipulate that the hearing on Defendants' Motion to Dismiss, currently set for August 29, 2008 at 9:00 a.m., will be continued to September 12, 2008 at 9:00 a.m.  This continuance will allow Plaintiff sufficient time to file his opposition brief, which was due on August 8, 2008.  Plaintiff's opposition brief will now be due on August 22, 2008, and Defendants' reply brief will be due on August 29, 2008.

     The parties also stipulate that the initial case management conference, currently set to take place after the hearing on August 29, will be continued to take place after the hearing on

STIPULATION TO CONTINUE HEARING DATE AND INITIAL CMC; [PROPOSED] ORDER
C 08-02520 JSW           1

1 | September 12.

2 |                                               Respectfully submitted,

DATED: August 12, 2008             /s/
RODOLFO VELASQUEZ
Plaintiff in: Propia Persona

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 12, 2008             /s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING DATE AND INITIAL CMC; [PROPOSED] ORDER
C 08-02520 JSW          2