| | |
|---|---|
| 1 | Rodolfo Velasquez |
|  | 58 Lobos Street |
| 2 | San Francisco, CA 94112 |
|  | (415) 239-4539 |
| 3 | Plaintiff in: |
|  | Propia Persona |
| 4 | |
|  | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 5 | United States Attorney |
|  | JOANN M. SWANSON (CABN 88143) |
| 6 | Chief, Civil Division |
|  | NEILL T. TSENG (CABN 220348) |
| 7 | Assistant United States Attorney |
| 8 | 450 Golden Gate Avenue, Box 36055 |
|  | San Francisco, California 94102-3495 |
| 9 | Telephone: (415) 436-7155 |
|  | FAX: (415) 436-6748 |
| 10 | neill.tseng@usdoj.gov |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RODOLFO VELASQUEZ, | ) | No. C 08-02520 JSW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING DATE AND INITIAL CASE |
| v. | ) | MANAGEMENT CONFERENCE; |
| | ) | [PROPOSED] ORDER |
| CAROL A. CROTEAU, Manager Personnel | ) | |
| Services, and UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

Subject to the approval of the Court, the parties hereby stipulate that the hearing on Defendants' Motion to Dismiss, currently set for August 29, 2008 at 9:00 a.m., will be continued to September 12, 2008 at 9:00 a.m. This continuance will allow Plaintiff sufficient time to file his opposition brief, which was due on August 8, 2008. Plaintiff's opposition brief will now be due on August 22, 2008, and Defendants' reply brief will be due on August 29, 2008.

The parties also stipulate that the initial case management conference, currently set to take place after the hearing on August 29, will be continued to take place after the hearing on

STIPULATION TO CONTINUE HEARING DATE AND INITIAL CMC; [PROPOSED] ORDER
C 08-02520 JSW                                         1

1  September 12.

2                                             Respectfully submitted,

3

4
   DATED: August 12, 2008                     /s/
5                                             RODOLFO VELASQUEZ
                                              Plaintiff in: Propia Persona
6

7
                                              JOSEPH P. RUSSONIELLO
8                                             United States Attorney

9

10 DATED: August 12, 2008                     /s/
                                              NEILL T. TSENG
11                                            Assistant United States Attorney
                                              Attorneys for Defendants
12 Plaintiff shall file his opposition by no later than August 22, 2008 and Defendants shall file their
13 reply by no later than August 29, 2008.  The Court HEREBY CONTINUES the hearing on ✓
   Defendants' motion to dismiss and the case management conference to October 17, 2008 at 9:00 a.m.
14 PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16
   DATED: August 13, 2008                     _____
17                                            HONORABLE JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING DATE AND INITIAL CMC; [PROPOSED] ORDER
C 08-02520 JSW                                2