ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 14, 2008

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112
415-239-4539

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415-436-7155

> Re:    Velasquez v. Croteau
>        Case No. C 08-02520 JSW MED

Dear Mr. Velasquez and Counsel:

We have received notification from Hon. Jeffrey S. White that the referenced case was referred to Mediation on August 13, 2008.  The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you.  We would like to schedule this for **Thursday, August 21, 2008 at 10:00 a.m.**  This office will initiate the call.  Please the ADR Unit at 415-522-2199 as soon as possible to confirm your availability and to provide the telephone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf