ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

August 14, 2008

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco , CA 94102

RE:    Velasquez v. Croteau, et al.
       C 08-2520 JSW

Mr .Velasquez and Counsel:

Our office had previously scheduled an ADR Phone Conference in this case for Thursday, August 21, 2008 at 10:00 a.m. Since then, defendants have asked to reschedule the call. Accordingly, the phone conference has been reset to **Monday, August 25, 2008 at 11:30 a.m.** The ADR Office will initiate the call to all parties.

Best regards-

*Timothy Smagacz*
Timothy Smagacz
ADR Program Administrative Assistant