Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

(415) 251-3566

Plaintiff in:
Propia Persona

**FILED**

AUG 2 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
THERN DISTR...

# IN THE UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, | **CIVIL ACTION FILE No.** C08-2520 JSW |
|      Plaintiff, | |
| Vs | **FIRST AMENDED COMPLAINT FOR:** |
| JOHN E. POTTER, | **INJUNCTIVE AND DECLARATORY** |
| CAROL A. CROTEAU | **RELIEF, DISCRIMINATION, DECEIVE,** |
| Manager Personnel | **DAMAGES, CONTEMPT AND** |
| Service. | **RETALIATION** |
|      Defendants. | **JURY TRIAL DEMANDED** |

## I.    INTRODUCTION

1.      Plaintiff Rodolfo Velasquez is an individual with severe disabilities on his locomotive lower body aiding himself with crutches to ambulate; he holds a job with the Defendant United States Postal Service since October 3, 1983.     His schedule working hours from 6:30 pm to 3:00 am, and having same days off every since 1984.

**Fist Amended Complaint**

2.    On March 26, 1984, Plaintiff Rodolfo Velasquez obtained a full time job with Defendant United States Postal Service assigning him to a job No. G3C 1707.    As of the filing of this complaint, Plaintiff has not received a job abolishment, nor any indication that his job is been terminated or modified, and therefore the job must be valid as of the filing of his complaint. **See Exhibit No. 1**

3.    On March 13, 1992 eight years after Plaintiff secured a job with Defendant United States Postal Service, arbitrarily it informed the Plaintiff that he was unsigned employee. **See Exhibit No. 2.** However, by arbitrarily informing the Plaintiff that he is unassigned employee, Defendant United States Postal Service violated the employment contract that required specific literature of a job modification, abolishment, or a job termination, which Defendant failed to produce such literature for the Plaintiff or the American Postal Worker Union in this case.

4.    On March 27, 1992, Plaintiff demanded clarification of his employment status as of unassigned-assigned employee. **See Exhibit No. 3**    Defendant United States Postal Service never responded to the Plaintiff's employment clarification, therefore, Plaintiff assumed that he is not unassigned employee, and a mistake was involved on that situation.

5.    On August 16, 1995, Defendant required the Plaintiff to submit a new job bid; however, Plaintiff used the American Postal Workers Union's Representative Steve Kwok to discuss with Defendant Plaintiff's employment uncertainty. Mr. Kwok informed the Plaintiff that Defendant incurred in a mistake, and therefore, Plaintiff's job assignment was valid and changes should be made. **See Exhibit No. 4**

6.    On October 2, 2002 eighteen years later after the Plaintiff secured a job with Defendant United States Postal Service, Defendant again submitted to the Plaintiff same requirement to show up to personnel to submit a new job bid.    Plaintiff used the American Postal Worker

Union to argue on his behalf the violations committed by it to the bargaining contract, and again no clarification was issued and the American Postal Workers Union's brought to Plaintiff his findings, that a mistake was discussed and resolved between the Rep. and Defendant.

7.    On October 2, 2002, Defendant again did not respect Plaintiff's original assignment, and sent him another requirement to submit a new job bid. Plaintiff contacted the Defendant for job clarification, and again, Defendant informed the Plaintiff that a mistake was observed, and no action should be initiated by the Plaintiff.    **See Exhibit No. 5**

8.    On July 22, 2003 nineteenth years after Plaintiff secure a job placement, Defendant United States Postal Service again requested the Plaintiff to submit a new job bid, however, the Plaintiff phoned to Defendant again requesting clarification of his original bid, and as of the filing of this complaint, Defendant failed again and again to clarify Plaintiff's request other than a mistake was observed.    **See Exhibit No. 6**

9.    On April 15, 2008, Defendant United State Postal Service again requested the Plaintiff to submit a new job bid twenty four years after Plaintiff secure a job with Defendant.    **See Exhibit No. 7**

10.    On April 22, 2008, Plaintiff requested again clarification of his job bid by placing to Defendant's Manager of Personnel Services two questions: **"What made her to believe that he is unassigned employee", "To inform the Plaintiff what happened to his bid No. G3C 1707."**    **See Exhibit No. 8**    However, Defendants [failed] to produce a response to Plaintiff's demand for job clarification and again disregarding his request.

11.    On April 28, 2008, Defendant Carol A. Croteau submitted to Plaintiff a letter demanding him to submit a form for a job re-accommodation, however again Defendant failed to produce an explanation in regard to Plaintiff's original job bid.    **See Exhibit No. 9**

**Fist Amended Complaint**

4

12.    On May 7, 2008, Plaintiff responded to Defendant letter dated April 28, 2008, demanding a job clarification.  **See Exhibit No. 10**    However, Defendant Croteau again failed to clarify Plaintiff's demand.

13.    On May 12, 2008, Defendant Carol A. Croteau arbitrarily assigned the Plaintiff to a position that requires 8 hrs standing and reaching overhead heavy staff for loading and unloading machines, and again disregarding Plaintiff's demand for a job clarification.   **See Exhibit No. 11**

## II.    JURISDICTION AND VENUE

14.    This action for declaratory and injunctive relief to enforce the rights of the Plaintiff such as he is discriminated against by Defendant and unfairly damaged by a [capricious] Defendant's Manager of Personnel Services Carol A. Croteau.

15.    Jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.  Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b).

16.    Declaratory relief is authorized by 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.  Injunctive relief is authorized by 28 U.S.C. § 2202 and Rule 65 of the Federal Rules of Civil Procedure.    Plaintiff will submit more jurisdictional issues on an amendment if appropriate to any party if dissatisfaction occurs with the above cited mandates.

## III.    THE PARTIES

a)    The name of Defendant

17.    Defendant Carol A. Croteau is an executive person of the United States Postal Service San Francisco California Office that presently is [abusing] her position as an executive of the

1
2  Defendant to devastate, discriminate and harass a protected group of employees protected
3  under the provisions of the American for Disability Act and among the group of people the
4  Plaintiff is included.

5  18.   The United States Postal Service is part of the Federal Government, and it is located at:
6  1300 Evans Avenue, San Francisco, California 94188; (415) 550-5351.
7
8
9
10                          b)   The Name of the Plaintiff

11  19.   Plaintiff Rodolfo Velasquez, age 59, has diagnosed with Poliomyelitis when he was a
12  child resulting with sever locomotive dysfunction on his lower body and aiding himself with
13  crutches to ambulate, and at all times be known as "Mr. Velasquez".
14
    20.   Mr. Velasquez is very independent person who has shown to Defendant for a ¼ of a
15
    century, that he is productive and competent employee on his present job with Defendant
16
17  United States Postal Service's 030 units at: 1300 Evan Avenue, San Francisco, California
18  94188.

19  21.   Mr. Velasquez resides at 58 Lobos Street, San Francisco, California 94112.
20
21                        IV.   STATEMENT OF THE CASE
22
                (The Integration Mandates of the American with Disabilities Act)
23
24  22.   In 1990, Congress enacted the American with Disabilities Act, 42 U.S.C. §§ 12101 –
25  12181, to advance the civil rights of people with disabilities.

26  23.   The ADA's purpose and goal is "the elimination of discrimination against individuals
27  with disabilities." 42 U.S.C. § 1210(b)(1).
28
    **Fist Amended Complaint**

24. In enacting the ADA, Congress stated that "historically, society has tended to isolate and segregate individuals with disabilities" and that such forms of discrimination "continue to be a serious and pervasive social problem." 42 U.S.C. § 12101(a)(2).

25. Congress further determined that "the Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic sufficiency for such individuals." 42 U.S.C. § 12101(a)(8).

26. Defendant Carol A. Croteau and the United States Postal Service breached and violated their obligation with the Plaintiff by ignoring his predicaments and to clarify his job employment, and arbitrarily assigning him to a position that he cannot perform physically due to his physical limitations. Further, Defendants violated the mandates of the ADA's provisions by refusing to clarify his original job bid granted on his behalf in 1984, and the American Postal Workers Union to ratify the new assignment for Mr. Velasquez. Instead both Defendants have disrespect the Plaintiff by ignoring his civil rights and other benefits he is entitled to as a matter of law and fairness.

## V. LEGAL CLAIMS

(Defendant violated the Plaintiff's rights cited on American with Disabilities Act.)

27. Plaintiff is a qualified individual with severe disabilities within the meaning of the ADA, 42 U.S.C. § 1213(2).

## VI. DISCRIMINATION
### (First Cause of Action)

### CLEAR AND CONVENCING DISCRMINATION AGAINST THE PLAINTIFF BY DEFENDANTS CAROL A. CROTEAU AND THE U.S. POSTAL SERVICE

28. Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 27 as though fully set forth herein.

**Fist Amended Complaint**

29.    Defendant Carol A. Croteau discriminated against the Plaintiff by assigning him arbitrarily and abusively to a job position called OCR and BCS that requires eight hours standing and lifting overhead heavy loads of mail to be processed, etc.    Defendants performed those acts in violation to the American with Disability Act that requires a fair accommodation to accommodate the individual's physical limitations. ·    Defendants wrongly calculated that a disable person who face the pressure and harassments as the one the Plaintiff is facing, would force the disable person to abandon his/her job and seek for a more compassionate employer elsewhere, or to apply for federal assistance that eventually the individual would become a burden for the federal or state governments or other humanitarian agencies.    Also, the disable person eventually would be segregated and damaged by entities and persons such the Defendants cited on this complaint.    Further, Defendants know for certain, that performing discrimination, harassment and oppression against of a qualify handicapped individual, eventually the individual handicapped would face a tremendous burden to secure legal representation, that requires large amount of money in order to force the U.S. Postal Service and its executives to comply with the existing U.S. Laws that Protects individuals from discrimination, harassment and oppression by employers such as the ones cited on this complaint.    However, the illegal employment acts performed by Defendants of this complaint are prohibited by the existing federal and state of California laws and the ones of the United States as well.

30.    Defendant United States Postal Service is known for years, that it practice discrimination against the handicapped persons by denying them employment and those few already within its work-force, have to face discrimination, harassment and oppression as the case of the Plaintiff and other handicapped employees that have been with Defendant United States Postal Service

1
2   for a while.    Plaintiff Rodolfo Velasquez is been with Defendant United State Postal Service
3   as an employee for about a ¼ of century, and still he is [not] away from Defendants' illegal
4   attacks that has caused him for years sever stress and pain every since 1984 when he secured a
5   job with Defendant United State Postal Service.
6
7
8
9                          **VII.  MISREPRESENTATION AND DECEIVE**
                                  (Second Cause of Action)
10
11  31.    Plaintiff Rudy Velasquez realleges paragraphs 1 through 30 as though fully set forth
12  herein.
13  32.    For twenty four years, Plaintiff has been a Defendant's victim.   Also, for over 24 years,
14  Defendant has made Plaintiff to believe that he has a secure job with it, as comparison other
15  employees with no disabilities that have not to face the employment discrimination and
16  harassment as Plaintiff does, because they are not handicapped persons.
17  33.    In twenty four years, Defendant had intended to force the Plaintiff to accept a job that is
18  not on his interest, nor appropriate.       However at all times when the Plaintiff demanded
19  original bid clarification, Defendants ignored Plaintiff's demand, at the same time
20
21  misrepresenting themselves by informing the Union's representative in a couple occasions that
22  Plaintiff's employment situation was a personnel error or mistake and addressing him through
23  the Union's Representative [not to] submit a new job bid, and ensuring both them the Union's
24  Representative and Plaintiff, that it wouldn't happened again, and the Plaintiff should be
25  retaining his original employment assignment.
26  //
27
28

1
2
3

## VIII. DAMAGE
(Third Cause of Action)

34.    Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 33 as though fully set forth herein.

35.    In order for the Plaintiff to defend himself from Defendants' discrimination and harassment attacks, he had to be off of his job several times in order to prepare a response to offset the discrimination and harassment claim, consequently lost of wages.

36.    Physically, Plaintiff has suffered pain, stress and desperation caused by Defendants' illegal acts, practically terminating him for his job by placing him in a position that requires eight hours standing and to lift overhead heavy loads of mail and other tasks that a limited handicapped person just cannot carryover., etc.

## IX.    CONTEMPT
(Fourth Cause of Action)

Plaintiff Rodolfo Velasquez realleges paragraph 1 through 36 as though fully set forth herein.

37.    On 1990's Plaintiff Rodolfo Velasquez filed a claim against Defendant for Discrimination against him in the jurisdiction of this Court.    This Court issued an order assigning the Plaintiff in Defendant United State Postal Service's position called boxes.    The boxes section remains open now days and it's believed the court order now days is still valid. Plaintiff at the filing of this claim did not submit more information of said lawsuit other than mention it, because, Defendants gave to the Plaintiff a very short notice between the notice and the assignment, however, the Plaintiff has not time at this time to provide more details of the mentioned lawsuit adjudged in this Court, because a research should be made and extra time is

1

2  required to research the case physically kept in the National Arcade in San Bruno California.

3  While the disposition of this case, Plaintiff will get into the research of the court order issued

4  by this Court on Plaintiff's employment behalf not long ago.

5

6

7
## X.    RETALIATION
### (Fifth Cause of Action)

8  Plaintiff Rodolfo Velasquez realleges paragraph 1 through 37 though fully set forth

9  herein;

10
11  38.    Plaintiff Rodolfo Velasquez received a rain of letters from Defendant United States

12  Postal Service incurring him to accept early retirement.    Other Plaintiff's coworkers who are

13  not handicapped persons did not receive such communication.    Because, Plaintiff Rodolfo

14  Velasquez ignored and did not respond in favor of Defendant's request, then the Post Office

15  opted to harass, discriminate and retaliate the Plaintiff by making Plaintiff's employment life

16  miserable, consequently terminating him from his job.    If Defendants are forcing the Plaintiff

17  to accept a job that he physically cannot do, and preventing him from clock in on his existing

18  position, then is equal to termination.

19

20

21

22
## XI.    PRAYER FOR RELIEF

23

24  **WHEREFORE**, the Plaintiff Rodolfo Velasquez respectfully requests that the Court

25  enter a judgment on his behalf:

26
27  a)    That the Court issues a judgment on Plaintiff Rodolfo Velasquez' behalf.

28
**Fist Amended Complaint**

1

.2    b)    That Plaintiff be awarded with his position that have been held for 24 years in 030 units, or in the alternative to be placed on a position agreed in this Court around 1990's in Defendant
3    United State Postal Service's boxes section, or, to replace Carol A. Croteau for Plaintiff Rodolfo Velasquez.   Ms Croteau be placed in a position as OCR/BCS operator and the
4    Plaintiff occupies Ms Croteau's position as a Manager of Personnel Service. This Court should know that Plaintiff is a professional person that easy can perform Ms Croteau's position as a
5    Manager of Personnel Service.   Ms. Croteau must be punished by this Court by assigning her to perform OCR/BCS job position.   Ms Croteau must feel in person how a person feels when
6    is been discriminated against, harassed and oppressed in order for her to be a fair, dign, worthy
7    and a human being person.

8    c)    That Plaintiff be awarded his costs of this action, and

9    d)    That the Court awarded $ 1,000.000.00 in order to mitigate his pain, suffering and the
10    devastation to be discriminated against, harassed, retaliated, oppressed and devastated.

11    e)    That Plaintiff has such other relief as the Court may deem just and proper to compensate for his sufferings suffered for twenty four years of employment discrimination, harassments
12    and oppression.

13    Dated: August 20, 2008

14

15

16

17                                Respectfully Submitted

18

19                                Rodolfo Velasquez
                                  In Propia:
20                                Persona

21

22

23

24

25

26

27

28    **Fist Amended Complaint**

## PROOF OF SERVICE BY MAIL

I'm over the age of eighteen years of age and not party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.

On August 20, 2008 I served the following documents:

FIRST AMENDED COMPLAINT FOR:
INJUNCTIVE AND DECLARATORY RELIEF, DISCRIMINATION, DECEIVE, DAMAGES, CONTEMPT AND RETALIATION.

I personally placed sufficient postage to an envelope and I mailed to:

Neill T. Tseng
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

I declare under penalty of perjury and accordingly to the best of my knowledge, that the foregoing is true and correct executed on August 20, 2008.

Salvador Velasquez

1

# Exhibit No. 1



**United States
Postal Service**

March 26, 1984


Rodolfo Velasquez
506 Grove Street #100
San Francisco, CA 94102-4100

This is to advise you that effective <u>March 31, 1984</u>      you will
be converted to career status as a Full Time Mail Distributor,
Level 4, Step 1.  Your salary will be   <u>$20,839</u>      annually.
You will be assigned to Job # <u>G3C-1707</u>      , General Mail Facility,
 <u>5:30 PM</u>   reporting time, <u>Wed-Thu</u>                off.

Although you have been converted to full time status, your contin-
ued employment is contingent upon your successful completion of 90
days probationary period.

If you will contact  <u>Mrs Washington</u>      at 550-5530, she will
arrange for processing and explain the many benefits of your new
status.

Congratulations on your conversion.



Jefferson Wilson
MSC Manager/Postmaster


by: G. W. Harper
      Director, Employee & Labor Relations
      1300 Evans Avenue, Room #396
      San Francisco, CA 94188-9994

# Exhibit No. 2

## UNITED STATES POSTAL SERVICE

1300 Evans Avenue/ San Francisco, CA 94188-9998

DATE:       March 13, 1992

OUR REF:    WED11:LS:WHill:by/una:9421

SUBJECT:    Residual Vacancies

•

TO:         RODOLFO VELASQUEZ
            SS#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
            P/L 383

This is to inform you that as an unassigned regular you are required to report to Bids & Promotions, Room 065, GMF, during the period from March 23, 1992 to March 26, 1992, for the purpose of selecting a residual vacancy. Our office hours are from 8:00 AM to 4:00 PM.

If you fail to make a choice, or choose a limited number, you may be assigned to any of the available positions remaining after all choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority and qualifications. If you are on a limited duty or are currently an acting supervisor (204B), please submit written documentation upon reporting.

This action is in accordance with Article 37.3.F.10, National Agreement.


Linda Shumate
Manager, Personnel Services
San Francisco Division

cc:
Supv P/L   383
File

# Exhibit No. 3

March 27, 1992

Linda Shumate
United State Postal Service          RE: WED11:LS:WHill:by/una:9421
1300 Evans Avenue
San Francisco, CA 94188-9998

Dear Mrs. Shumate:

    This is to answer your letter dated March 13, 1992, first according
to my records I am not an assigned postal employee my job number is G3C-
1707, if you gave my job to somebody else this may be  a  terrible error
from your department that it should be correct it immediately.

    If you insist to assign me on a residual position, I may  have  the
right to look for a legal protection.

    Therefore, inform me immediately of any decision that you  may make,
for me to have the opportunity in response to yours I  believe erroneous
status.

                                    Very Truly Yours

                                    Rodolfo Velasquez
                                    S.S.N. 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
                                    P.L. 383.

# Exhibit No. 4


**UNITED STATES**
**POSTAL SERVICE**

August 16, 1995

VELASQUEZ, R
SS# 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
P/L 383

SUBJECT:  **UNASSIGNED REGULAR/OVER 90 DAYS**

You are required to report to Bids and Promotions, 1300 Evans
Avenue, Room 65, SFP&DC, during the period from  **08-24-95**  to
**09-01-95**  in order to select a residual vacancy.  If you
fail to make a choice, or select a limited number, you will be
assigned to any of the available remaining after all choices
have been exhausted.  Assignment will be based upon Article
37.3.F.10.  The office hours are Monday, Thursday and Friday,
8:00am - 4:00pm.  (We're closed on Tuesday and Wednesday).

If you are not qualified for the position, you will be given
on-the-clock training.  You are cautioned that your continued
employment will be dependent upon your ability to qualify on
the essential scheme/skill in the requisite training time.  If
you are currently on extended limited/light duty or are
currently an Acting Supervisor (204B), please submit written
documentation upon reporting.  The assignment will be effective
September **16, 1995.**

Harriet J. **White**
Senior Personnel Services Specialist
Customer Service & Sales
San Francisco, CA 94188-1824

# Exhibit No. 5

SAN FRANCISCO DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

October 2, 2002

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112-3020

### SUBJECT: UNASSIGNED REGULAR/ RESIDUAL VACANCY

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the period of **October 4, 2002 through October 11, 2002** for the purpose of selecting a residual vacancy. The office hours are 7:00 am – 4:30 pm, Monday through Friday.

If you fail to make a choice you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority. If you are currently on limited / light duty or currently an Acting Supervisor (204-B), please submit an updated written documentation upon reporting. The assignment will be effective **October 19, 2002.**

This action is in accordance with the National Agreement, Article 37.4.C.1

Norma A. Palisoc
Manager, Personnel Services

CC: SMDO T-3
    APWU
    File

# Exhibit No. 6



**UNITED STATES**
**POSTAL SERVICE**

July 22, 2003

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112-3020

SUBJECT: **UNASSIGNED REGULAR/ RESIDUAL VACANCY**

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the
period of July 28, 2003 through August 1, 2003 for the purpose of selecting a
residual vacancy.

If you fail to make a choice or choose a limited number, you may be assigned to any
available positions remaining after all the choices have been exhausted. The
assignment you receive as a result of this action will be your permanent assignment
until you receive a bid of your choice. Assignments will be based upon craft
seniority. If you are currently on limited / light duty or currently an Acting Supervisor
( 204-B), please submit an **updated written documentation** upon reporting. The
assignment will be effective August 9, 2003.

This action is in accordance with the National Agreement, Article 37.4.A.

Pamela L. Tarango
A/ Manager, Personnel Services

cc: SMDO T-3
    APWU
    File

P O BOX 881013
SAN FRANCISCO, CA 94188-1013
(415) 550-5205
Fax: (415) 550-5721

# Exhibit No. 7

SAN FRANCISCO DISTRICT

 **UNITED STATES**
**POSTAL SERVICE**

April 15, 2008

Rodolfo Velasquez
58 Lobos St
San Francisco, CA 94112-3020

### SUBJECT:   UNASSIGNED REGULAR/ RESIDUAL VACANCY

Attached is a copy of the   Clerk Residual Vacancy list. You are required to make your selections and number them by preference. Submit your selection form to Bids & Promotions, Rm. 65, or mail to Bids & Promotions, P.O.Box 881013, San Francisco, CA 94188-1013, during the period of April 16, 2008 through May 1, 2008. The office hours are 7:00 a.m. to 4:00 p.m., Monday through Friday. Envelopes must be postmarked on or before the closing date of May 1, 2008.

If you fail to make a choice, you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your own choice. Assignments will be based upon craft seniority and will be effective **May 10, 2008.**

This action is in accordance with the new language of the National Agreement., Article 37 Section 4.

Carol A Croteau
Manager , **Personnel Services**

cc:  Labor **Relations**
     APWU
     file

P O BOX 881013
SAN FRANCISCO, CA 94188 -1013
(415) 550-5205
Fax: (415) 550-5721

# Exhibit No. 8

April 22, 2008

Carol A. Croteau
U.S. Postal Service
P. O. Box 881013
San Francisco, Ca 94188-1013

Dear Ms Croteau:

This letter is in response of your letter dated April 15, 2008.   I'm sorry at this time, but I cannot honor your request.    Please be advised, that I will not follow your instructions until you answer my questions.    So, please reply immediately in order to settle our dispute of the issues involved in your letter:

- Please inform me immediately; what makes you to believe that I'm unssigned employee?

- Please inform me immediately; what did you do with my bid No. **G3C-1707?**

Please be informed, soon as you answer my questions we will go to the next step of my strongly dispute of your attempts to force me to bid, when in fact I don't have to according to my record.

If you have any questions in regard this letter, do not hesitate to contact me at: (415) 239-4539.

Very Truly Yours

Rodolfo Velasquez

# Exhibit No. 9

BIDS & PROMOTIONS
SAN FRANCISCO DISTRICT

 *UNITED STATES*
*POSTAL SERVICE*

April 28, 2008

ATTACHED IS A DRAC FORM AND PUB 316 FOR YOUR INFORMATION AND
GUIDANCE. SUBMIT YOUR COMPLETED REQUEST TO THE ADDRESS
BELOW:

**DISTRICT REASONABLE ACCOMMODATION COMMITTEE
P O BOX 885048
SAN FRANCISCO, CA 94188-5048**

BIDS & PROMOTIONS
RM 65 / SFP&DC

# Exhibit No. 10

May 7, 2008

Carol A. Croteau
US Postal Service
P. O. Box 881013
San Francisco, CA 94188-1013

Dear Ms Croteau:

This is in response of April 28, 2008 letter. Please be advised, that you failed to answer my two questions made on April 22, 2008. I will [not] do anything until you answer the questions made. After you answer the questions, then I'll follow your instructions.

Please reply immediately.

If you have any questions in regard, please do not hesitate to contact me at: (415) 239-4539, or (415) 368-6085. Thank you.

Very Truly Yours

Rodolfo Velasquez

# Exhibit No. 11


*UNITED STATES*
*POSTAL SERVICE*

May 12, 2008

RODOLFO VELASQUEZ
XXX-XX-4179
Mail Processing Clk
Unassigned Regular
PL 381

SUBJECT:    **ASSIGNMENT OF UNASSIGNED REGULAR**

Effective Saturday, May  24, 2008, you will report to North Peninsula Delivery and
Distribution Center at 1625 Rollins Rd., Burlingame, CA :

**Job #  95798286  Job Title: Mail Processing Clerk**
**Section: NPDDC T-1 OCR/BCS    PL: 142**
**Schedule: 2300-0730, Tue-Wed days off**

This action is taken in accordance with Article 37.4.C.5., National Agreement.

Carol A. Croteau
Manager , Personnel Service

cc:  SMDO T- 3
     Manager, NPDDC
     In Plant Support
     Labor Relations
     APWU
     FILE

Fax: