AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT FILED

District of _____ 08 SEP -2 PM 2:49

Rodolfo Velasquez  E-filing

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

V.   CV 08   SUMMONS IN A CIVIL ACTION

United States Postal Service, Carol A. Croteau   2520

CASE NUMBER:

JSW

TO: (Name and address of Defendant)

Carol A. Croteau
United States Postal Service
1300 Evans Avenue, Personnel Office
San Francisco, California 94188

(415) 550-5351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rodolfo Velasquez  (In Propia Persona
58 Lobos Street
San Francisco, California 94112

(415) 239-4539

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                    MAY 1 9 2008

CLERK                                  DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY