Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

(415) 251-3566

Plaintiff in:
Propia Persona

FILED
08 SEP -2 PM 2: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RODOLFO VELASQUEZ,

    Plaintiff,

Vs

CAROL A. CROTEAU Manager
Personnel Service, and UNITED
STATES POSTAL SERVICE.

    Defendants.

Case No. C-08-02520-JSW

PLAINTIFF RODOLFO VELASQUEZ'
DECLARATION IN SUPPOR OF HIS
OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS HIS COMPLAINT FOR
DISCRIMINATION

Date:    October 17, 2008
Time:    9:00 am
Ctroom:  5, 17th Floor
Hon.:    Jeffrey S. White

    I, Rodolfo Velasquez Plaintiff on this matter, I have personal knowledge of my claim and if I called to testify on this case, I could and would competently.

    I've been working for the Defendant United States Postal Service since October 3, 1983, and my seniority date start counting since March 31, 1984.

1

Plaintiff Rodolfo Velasquez' Declaration
In Support of his Opposition to
Defendants' Motion to Dismiss

1  Since 1992, I requested to the Post Office to clarify some issues regarding my assignment
2  as a manual clerk distributor.   The Postal Service between 1992 to the present on several
3  occasions addressed to my representative from American Postal Workers Union Mr. Steve Kwok
4  and myself that I'm assigned clerk and therefore I do not need to submit any new bid for
5  employment.  I understood that with the verbal instructions not to submit any new job bid, was
6  the reason the Postal Service never answer my request for job clarification.
7  
8  On May 24, 2008, arbitrarily I was assigned to a job as OCR/CBS operator which I
9  declined the opportunity due to physically I'm not able to perform said duty required by the job
10  assignment.
11  The U.S. Postal Service in connection with its executives e.g., Carol A. Croteau
12  overlooked my rights as a handicapped person by allowing employees in my working unit as of the filing
13  of my complaint to remain on their jobs disregarding that I have more seniority than them.   It is clearly a
14  pretest contending by Defendants, that due to the employment downsizing I must be reassigned to a
15  position that physically I cannot perform.
16  
17  There are facts the Postal Service used to discriminate me against.  I refused to accept early out
18  retirement, refused to go to a position physically I cannot comply and because visible I'm the most
19  vulnerable person in my working unit to be though that I'm just collecting pay checks without earn it due
20  to my personal appearance.
21  I had approached coworkers who came to me and advised me not work as hard I did it for the
22  Postal Service.
23  If in fact the Postal Service is claiming the downsizing issue, it did it without the appropriate
24  channels to exhaustion.  The American Postal Workers Union must be involved and supervise said
25  downsizing.  In my case, I was caught by surprise as well the Union, but fully I explained the
26  circumstances fully in my complaint.
27
28  

Plaintiff Rodolfo Velasquez' Declaration
in Support of his Opposition to
Defendants' Motion to Dismiss

1 | I declare under penalty of perjury that this declaration I prepared it and it's correct to the best of
2 | my knowledge. Executed on August 29, 2008.

*[signature]*
Rodolfo Velasquez