JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, )<br>             )<br>    Plaintiff, )<br>             )<br>    v. )<br>             )<br>CAROL A. CROTEAU, Manager Personnel )<br>Services, and UNITED STATES POSTAL )<br>SERVICE, )<br>             )<br>    Defendants. | No. C 08-02520 JSW<br><br><br>THIRD DECLARATION OF ROBERT E.<br>O'CONNELL; EXHIBIT 1 |

## THIRD DECLARATION OF ROBERT E. O'CONNELL

I, ROBERT E. O'CONNELL, declare:

1.      I am an attorney with the Pacific Area Office of the Law Department of the United States Postal Service located in San Francisco, California. I have held this position since 1989.

2.      I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

3.      In my position as a Postal Service Attorney, I have access to the Postal Service's I Complaints database, which identifies employees of the Postal Service who have filed a Request for EEO Counseling or who have filed a EEO Complaint of Discrimination in the Postal Service.

4.      On September 4, 2008, I checked that database to determine if Rodolfo Velasquez has initiated a Request for EEO Counseling or has filed a EEO Complaint of Discrimination in the Postal Service in which he alleged retaliation as the reason for his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

5.      According to information in that database, Rodolfo Velasquez has not initiated a Request for EEO Counseling and has not filed a EEO Complaint of Discrimination in the Postal Service in which he alleged retaliation as the reason for his assignment effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center.

6.     Attached hereto as Exhibit 1 is a true and correct copy of the EEO Complaint of Discrimination in the Postal Service dated July 14, 2008 filed by Rodolfo Velasquez in which Velasquez alleged that he was discriminated against because of his race, age, and disability when he was assigned effective May 24, 2008 to the position of Mail Processing Clerk at the North Peninsula Delivery and Distribution Center

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed at San Francisco, California on September 4, 2008.


ROBERT E. O'CONNELL

Exhibit 1

**UNITED STATES POSTAL SERVICE®** **EEO Complaint of Discrimination in the Postal Service**
(See Instructions and Privacy Act Statement on Reverse)

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| Rodolfo Velasquez | 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 | 4F-940-0144-08 |

| 4a. Mailing Address -- Street or PO Box | 4b. City State and Zip +4 |
|---|---|
| 58 LOBOS ST | SAN FRANCISCO, CA 94112 |

| 5. Email Address• | 6. Home Phone | 7. Work Phone |
|---|---|---|
| YOFIR069@HOTMAIL.COM | 415-251-3566 | 415-550-5043 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do you have Veteran's Preference Eligibility? |
|---|---|---|
| MANUAL CLERK | 6 | ☐ Yes  ☒ No |

| 11. Installation Where You Believe the Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|
| SAN FRANCISCO P&DC | CAROL CRATEOW |

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| IN PROPIA PERSONA | N/A |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and Zip +4 |
|---|---|

| 13e. Email Address• | 13f. Home Phone | 13g. |
|---|---|---|
| | ( ) | ( ) |

**14. Type of Discrimination You Are Alleging**

☒ Race (Specify):  
☐ Color (Specify):  
☐ Religion (Specify):  
☐ National Origin (Specify):  

☐ Sex (Specify):  
☒ Age (40+) (Specify):  
☐ Retaliation (Specify):  
☒ Disability (Specify):  

**15. Date on which alleged act(s) of Discrimination Took Place**

MAY 24, 2008

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability  *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

SEE A COMPLAINT ATTACHED

RECEIVED
JUL 17 2008
NEEOISO

17. What Remedy Are You Seeking to Resolve this Complaint?

SEE THE PRAYER FOR RELIEF IN THE COMPLAINT

17. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™* mediator?

☒ Yes _____    ☐ No

(Date You Received the Notice of Final Interview ( via certified mail on 7/8/08)

| Signature of Counselor  Gloria Tran | 19b. Date  7/8/08 |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney  ✓ Rodolfo Velsqz | 21. Date of this Complaint  7-14-08 |
|---|---|

•Providing this information will authorize the U S Postal Service to send you important documents electronically.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

(415) 251-3566

Plaintiff in:
Propia Persona


IN THE UNITED STATES EEO


RODOLFO VELASQUEZ,

         Plaintiff,

Vs

CAROL A CROTEAU,
MANAGER PERSONNEL
SERVICES; U. S. POSTAL
SERVICE.

        Defendants.

**COMPLAINT No. 4F-940-0144-08**

**COMPLAINT FOR:**

**DAMAGES AND INJUNCTIVE
AND DECLARATORY RELIEF**


## I.   INTRODUCTION

1.    Plaintiff Rodolfo Velasquez is an individual with severe disabilities on his

locomotive lower body aiding himself with crutches to ambulate and holding a job with the

Defendant United States Postal Service since October 3, 1983.   His schedule working hours

from 6:30 pm to 3:00 am, and having same days off every since 1984.

2.   On March 26, 1984, Plaintiff Rodolfo Velasquez obtained a full time job with Defendant

United States Postal Service assigning him to a job No. G3C 1707.   As of the filing of this

1

complaint, Plaintiff has not received a job abolishment, nor any indication that his job is been terminated, and therefore the job must be valid as well as of the filing of this complaint.    **See Exhibit No. 1**

3.    On March 13, 1992 eight years after Plaintiff secured a job placement, Defendant United States Postal Service informed the Plaintiff, that he was an unsigned employee.  **See Exhibit No. 2.**  However, Defendant United States Postal Service violated the employment contract that required specific literature of a job abolishment, or a job termination, which Defendant failed to produce such literature for the Plaintiff or the American Postal Worker Union.

4.    On March 27, 1992, Plaintiff demanded clarification of his employment status of unssigned-assigned employee.  **See Exhibit No. 3**   Defendant United States Postal Service never responded to the Plaintiff's employment clarification, therefore, Plaintiff assumed that he is not unsigned employee.

5.    On October 2, 2002 eighteen years later after the Plaintiff secure a job placement, Defendant United States Postal Service again submitted to the Plaintiff same requirement to show up to personnel to submit a new job bid.   Plaintiff used the American Postal Worker Union to argue on his behalf, and again no clarification was issued by Defendant whatsoever.

6.    On July 22, 2003 nineteenth years after Plaintiff secure a job placement, Defendant United States Postal Service again requested the Plaintiff to submit a new job bid, however, the Plaintiff by phone the Defendant requesting clarification of his original bid, and as of the filing of this complaint, Defendant failed to clarify Plaintiff's request.   **See Exhibit No. 4**

7.    On April 15, 2008, Defendant United State Postal Service again requested the Plaintiff to submit a new job bid twenty four years after Plaintiff secure a job placement.  **See Exhibit No. 5**

2

8.    On April 22, 2008, Plaintiff requested again clarification of his job bid by making to Defendant's Manager of Personnel Services two questions: **"What makes her to believe that he is unsigned employee", "To inform the Plaintiff what happened to his bid No. G3C 1707."  See Exhibit No. 6**    However, Defendants [failed] to produce Plaintiff's demand for job clarification and again disregarding his request.

9.    On April 28, 2008, Defendant Carol A. Croteau submitted to the Plaintiff a letter demanding him to submit a form for accommodation, however failing again to produce an explanation of Plaintiff's original job bid.  **See Exhibit No. 7**

10.    On May 7, 2008, Plaintiff responded to Defendant letter dated April 28, 2008, demanding a job clarification.  **See Exhibit No. 8**    However, Defendant Croteau again failed to clarify Plaintiff's demand.

11.    On May 12, 2008, Defendant Carol A. Croteau arbitrarily assigned the Plaintiff to a position that requires 8 hrs standing and reaching overhead heavy staff for loading and unloading machines, and at same time disregarding Plaintiff's demand for a job clarification. **See Exhibit No. 9**

## II.    JURISDICTION AND VENUE

12.    This action for declaratory and injunctive relief to enforce the rights of the Plaintiff that was discriminated against and harassed by Defendant and unfairly damaged by a [capricious] Defendant's Manager of Personnel Services Carol A. Croteau.

//

3

13.   Jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.   Vanue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b).

14.   Declaratory relief is authorized by 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.   Injunctive relief is authorized by 28 U.S.C. § 2202 and Rule 65 of the Federal Rules of Civil Procedure.   Plaintiff will submit more jurisdictional issues on an amendment if appropriate to any party if dissatisfaction occurs with the above cited mandates.

### III.   THE PARTIES

#### a)   The name of Defendant

15.   Defendant Carol A. Croteau is an executive of the United States Postal Service San Francisco California Office that presently is [abusing] her position as an executive of the Defendant to devastate, discriminate and harass a protected group of employees protected under the provisions of the American for Disability Act.

16.   The United States Postal Service is part of the Federal Government and located at: 1300 Evans Avenue, San Francisco, California 94188, (415) 550-5351.

#### b)   The Name of the Plaintiff

17.   Plaintiff Rodolfo Velasquez, age 59, has diagnosed with Poliomyelitis resulting with sever locomotive dysfunction on his lower body aiding himself with crutches to ambulate, and at all times be known as "Mr. Velasquez".

//

4

18.    Mr. Velasquez is very independent person who has shown to Defendant for a ¼ of a century, that he is productive and competent employee on his present job with Defendant United States Postal Service's 030 units at 1300 Evan Avenue, San Francisco, California 94188.

19.    Mr. Velasquez resides at 58 Lobos Street, San Francisco, California 94112.

## IV.   STATEMENT OF THE CASE

### (The Integration Mandates of the American with Disabilities Act)

20.  In 1990, Congress enacted the American with Disabilities Act, 42 U.S.C. §§ 12101 – 12181, to advance the civil rights of people with disabilities.

21.   The ADA's purpose and goal is "the elimination of discrimination against individuals with disabilities." 42 U.S.C. § 1210(b)(1).

22.   In enacting the ADA, Congress stated that "historically, society has tended to isolate and segregate individuals with disabilities" and that such forms of discrimination "continue to be a serious and pervasive social problem." 42 U.S.C. § 12101(a)(2).

23.   Congress further determined that "the Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic sufficiency for such individuals." 42 U.S.C. § 12101(a)(8).

24.   Defendant Carol A. Croteau and the United States Postal Service breached and violated their obligation with the Plaintiff by ignoring his predicaments to clarify his job employment, consequently assigning him to a position that he cannot perform physically due to his limitations.  Further, Defendants violated the mandates of the ADA's provisions by refusing to clarify his original job bid issued on his behalf in 1984, and to be ratified by the American

Postal Worker Union.   Instead both Defendants have disrespect the Plaintiff ignoring his civil

rights and other benefits he is entitled to as a matter of law and fairness.


### V.    LEGAL CLAIMS

(Defendant violated the Plaintiff's rights cited on American with Disabilities Act.)

25.   Plaintiff is a qualified individual with severe disabilities within the meaning of the ADA,

42 U.S.C. § 1213(2).


### VI.    DISCRIMINATION
(First Cause of Action)

### CLEAR AND CONVENCING DISCRMINATION AGAINST THE PLAINTIFF BY DEFENDANTS CAROL A. CROTEAU AND THE U.S. POSTAL SERVICE

26.   Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 25 as though fully set forth

her herein.

27.   Defendant Carol A. Croteau discriminated against the Plaintiff by assigning him

arbitrarily and abusively to a job position called OCR and BCS that requires eight hours

standing and lifting overhead heavy loads of mail to be processed, etc.   Defendants are

performing those acts in violation to the American with Disability Act that requires a fair

accommodation within the individual's physical limitations.    Defendants wrongly calculated

that a disable person facing the pressure and harassments such as the one the Plaintiff is facing,

would force the disable person to abandon his/her job and seek for a more compassionate

employer elsewhere, or to apply for federal assistance that eventually the individual would

become a burden for the federal or state governments or other humanitarian agencies.    Also,

the disable person eventually would be segregated and damaged by entities and persons such

the Defendants cited on this complaint.    Further, Defendants know for certain, that

performing discrimination, harassment and oppression against of a qualify handicapped

individual, eventually the individual handicapped would face a tremendous burden to secure

legal representation, that requires large amount of money in order to force the U.S. Postal

Service and its executives to comply with the existing U.S. Laws that Protects individuals from

discrimination, harassment and oppression by employers such as the ones cited on this

complaint.    However, the illegal employment acts performed by Defendants of this complaint

are prohibited by the existing federal and state of California laws and the ones of the United

States as well.

28.    Defendant United States Postal Service is known for years, that it practice discrimination

against the handicapped persons by denying them employment and those few already within its

work-force, have to face discrimination, harassment and oppression as the case of the Plaintiff

and other handicapped employees that have been with Defendant United States Postal Service

for a while.    Plaintiff Rodolfo Velasquez is been with Defendant United State Postal Service

for about a ¼ of century, and still he is [not] away from Defendants' illegal acts, that has

caused him for years sever stress and pain every since 1984 when he secured a job with

Defendant United State Postal Service.


## VII.  MISREPRESENTATION AND DECEIVE
(Second Cause of Action)

29.    Plaintiff Rudy Velasquez realleges paragraphs 1 through 28 as though fully set forth

herein.

//

7

30.   For twenty four years, Plaintiff has been a Defendant's victim.   Also, for 24 years, Defendant has made Plaintiff to believe, that he has a secure job as the same other employees that have not to face the employment discrimination and harassment as Plaintiff does, because they are not disable persons.

31.   In twenty four years, Defendant had intended to force the Plaintiff to accept a job that is not on his interest, nor appropriate.     However at all times when the Plaintiff demanded original bid clarification, Defendants ignored Plaintiff's demand, and also misrepresenting themselves by informing the Union's representative in a couple occasions that Plaintiff's employment situation was a personnel error by calling the him to submit a new job bid, but it wouldn't happened again.

## VIII. DAMAGE
### (Third Cause of Action)

32.     Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 31 as though fully set forth herein.

33.   In order for the Plaintiff to defend himself from Defendants' discrimination and harassment attacks, he had to be off of his job several times in order to prepare this discrimination and harassment claim, consequently lost of wages.

34.   Physically, Plaintiff has suffered pain, stress and desperation caused by Defendants' illegal acts, practically terminating him for his job by placing him in a position that requires eight hours standing and to lift overhead heavy loads of mail, etc.

//

## IX.    CONTEMPT
### (Fourth Cause of Action)

Plaintiff Rodolfo Velasquez realleges paragraph 1 through 34 as though fully set forth herein.

35.    On 1990's Plaintiff Rodolfo Velasquez filed a claim against Defendant for Discrimination against the handicapped in the jurisdiction of this Court.    This Court issued an order assigning the Plaintiff in Defendant United State Postal Service's position called boxes. The boxes section remains open now days, and it's believed that the court order now days still is valid.    Plaintiff at the filing of this claim did not submit more information of said lawsuit other than mention it, because, Defendants gave to the Plaintiff a very short notice, and he has not time at this time to provide more details of the mentioned lawsuit adjudged in this Court, because a research should be made and extra time is required to research the case physically kept in the National Arcade in San Bruno California.    While the disposition of this case, Plaintiff will get into the research of the court order issued by this Court on Plaintiff's employment behalf.

## X.    HARASSMENT
### (Fifth Cause of Action)

Plaintiff Rodolfo Velasquez realleges paragraphs 1 through 35 as though fully set forth herein incorporated.

36.    Defendant Carol A. Croteau has harassed the Plaintiff every since 1992 and continues to harassing him until a remedy is found.

9

37.    Plaintiff Rodolfo Velasquez received instruction to accept an employment assignment,

when in fact those instructions are based upon against Postal Regulations issued between the

American Postal Worker Union and the U. S Postal Service.

## XI.    PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff Rodolfo Velasquez respectfully requests that the Court

enter a judgment on his behalf:

1) THAT PLAINTIFF be Awarded $ 500, 000. 00 FOR PAIN AND SUFFERINGS.

a)    That the Court issues a judgment on Plaintiff Rodolfo Velasquez' behalf.

b)    That Plaintiff be awarded with his position that have been held for 24 years in 030 units, or in the alternative to be placed on a position agreed in this Court around 1990's in Defendant United State Postal Service's boxes section, or, to replace Carol A. Croteau for Plaintiff Rodolfo Velasquez. Ms Croteau be placed in a position as OCR/BCS operator and the Plaintiff occupies Ms Croteau's position as a Manager of Personnel Service. This Court should know that Plaintiff is a professional person that easy can perform Ms Croteau's position as a Manager of Personnel Service.  Ms. Croteau must be punished by this Court by assigning her to perform OCR/BCS job position.   Ms Croteau must feel in person how a person feels when is been discriminated against, harassed and oppressed in order for her to be a fair, dign, worthy and a human being person.

c)    That Plaintiff be awarded his costs of this action, and

10

d)    That Plaintiff has such other relief as the Court may deem just and proper to compensate for his sufferings suffered for twenty four years of employment discrimination, harassments and oppression.

Dated: July 14, 2008

Respectfully Submitted

Rodolfo Velasquez
In Propia:
Persona

PROOF OF SERVICE BY MAIL

I'm over the age of eighteen years of age and not party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.

On July 14, 2008 I served the following documents:

EEO COMPLAINT OF DISCRIMINATION IN THE POSTAL SERVICE

I personally placed sufficient postage to an envelope and I mailed to:

NEEOISO-Formal Complaint
U.S. Postal Service
P. O. Box 25438
Tampa, FL 33622-5438

I declare under penalty of perjury and accordingly to the best of my knowledge, that the foregoing is true and correct executed on July 14, 2008.

Salvador Velasquez

1

# Exhibit No. 1



**United States
Postal Service**

March 26, 1984

Rodolfo Velasquez
506 Grove Street #100
San Francisco, CA 94102-4100

This is to advise you that effective <u>March 31, 1984</u> you will be converted to career status as a Full Time Mail Distributor, Level 4, Step 1. Your salary will be <u>$20,839</u> annually. You will be assigned to Job # <u>G3C-1707</u>, General Mail Facility, <u>5:30 PM</u> reporting time, <u>Wed-Thu</u> off.

Although you have been converted to full time status, your continued employment is contingent upon your successful completion of 90 days probationary period.

If you will contact <u>Mrs Washington</u> at 550-5530, she will arrange for processing and explain the many benefits of your new status.

Congratulations on your conversion.

Jefferson Wilson
MSC Manager/Postmaster

By: C. W. Harper
    Director, Employee & Labor Relations
    1300 Evans Avenue, Room #396
    San Francisco, CA 94188-9994

# Exhibit No. 2

# UNITED STATES POSTAL SERVICE

1300 Evans Avenue/ San Francisco, CA  94188-9998

| | |
|---|---|
| DATE: | March 13, 1992 |
| OUR REF: | WED11:LS:WHill:by/una:9421 |
| SUBJECT: | Residual Vacancies |
| TO: | RODOLFO VELASQUEZ<br>SS#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<br>P/L 383 |

This is to inform you that as an unassigned regular you are required to report to Bids & Promotions, Room 065, GMF, during the period from March 23, 1992 to March 26, 1992, for the purpose of selecting a residual vacancy. Our office hours are from 8:00 AM to 4:00 PM.

If you fail to make a choice, or choose a limited number, you may be assigned to any of the available positions remaining after all choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority and qualifications. If you are on a limited duty or are currently an acting supervisor (204B), please submit written documentation upon reporting.

This action is in accordance with Article 37.3.F.10, National Agreement.


Linda Shumate
Manager, Personnel Services
San Francisco Division

cc:
Supv P/L   383
File

# Exhibit No. 3

March 27, 1992

Linda Shumate
United State Postal Service          RE: WED11:LS:WHill:by/una:9421
1300 Evans Avenue
San Francisco, CA 94188-9998

Dear Mrs. Shumate:

    This is to answer your letter dated March 13, 1992, first according to my records I am not an assigned postal employee my job number is G3C-1707, if you gave my job to somebody else this may be a terrible error from your department that it should be correct it immediately.

    If you insist to assign me on a residual position, I may have the right to look for a legal protection.

    Therefore, inform me immediately of any decision that you may make, for me to have the opportunity in response to yours I believe erroneous status.

Very Truly Yours

Rodolfo Velasquez
S.S.N. 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
P.L. 383.

# Exhibit No. 4



**UNITED STATES**
**POSTAL SERVICE**

August 16, 1995

VELASQUEZ, R
SS# 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
P/L 383

SUBJECT:  **UNASSIGNED REGULAR/OVER 90 DAYS**

You are required to report to Bids and Promotions, 1300 Evans
Avenue, Room 65, SFP&DC, during the period from __**08-24-95**__ to
__**09-01-95**__ in order to select a residual vacancy.  If you
fail to make a choice, or select a limited number, you will be
assigned to any of the available remaining after all choices
have been exhausted.  Assignment will be based upon Article
37.3.F.10.  The office hours are Monday, Thursday and Friday,
8:00am - 4:00pm.  (We're closed on Tuesday and Wednesday).

If you are not qualified for the position, you will be given
on-the-clock training.  You are cautioned that your continued
employment will be dependent upon your ability to qualify on
the essential scheme/skill in the requisite training time.  If
you are currently on extended limited/light duty or are
currently an Acting Supervisor (204B), please submit written
documentation upon reporting.  The assignment will be effective
**September 16, 1995**.

Harriet J. White
Senior Personnel Services Specialist
Customer Service & Sales
San Francisco, CA 94188-1824

SAN FRANCISCO DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

October 2, 2002

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112-3020

SUBJECT: UNASSIGNED REGULAR/ RESIDUAL VACANCY

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the period of **October 4, 2002 through October 11, 2002** for the purpose of selecting a residual vacancy. The office hours are 7:00 am – 4:30 pm, Monday through Friday.

If you fail to make a choice you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority. If you are currently on limited / light duty or currently an Acting Supervisor (204-B), please submit an updated written documentation upon reporting. The assignment will be effective **October 19, 2002.**

This action is in accordance with the National Agreement, Article 37.4.C.1

Norma A. Palisoc
Manager, Personnel Services

CC: SMDO T-3
    APWU
    File

P O BOX 881013

(415) 550-5205
FAX (415) 550-5604

SAN FRANCISCO DISTRIC


**UNITED STATES**
**POSTAL SERVICE**

July 22, 2003

RODOLFO VELASQUEZ
58 LOBOS ST
SAN FRANCISCO, CA 94112- 3020

SUBJECT: **UNASSIGNED REGULAR/ RESIDUAL VACANCY**

You are required to report to Bids & Promotions, Rm. 65, SFP&DC, during the period of July 28, 2003 through August 1, 2003 for the purpose of selecting a residual vacancy.

If you fail to make a choice or choose a limited number, you may be assigned to any available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your choice. Assignments will be based upon craft seniority. If you are currently on limited / light duty or currently an Acting Supervisor ( 204-B), please submit an **updated written documentation** upon reporting. The assignment will be effective August 9, 2003.

This action is in accordance with the National Agreement, Article 37.4.A.

Pamela L. Tarango
A/ Manager, Personnel Services

cc: SMDO T- 3
    APWU
    File

P O BOX 881013
SAN FRANCISCO, CA 94188 - 1013
(415) 550-5205
Fax: (415) 550-5721

# Exhibit No. 5

SAN FRANCISCO DISTRICT


**UNITED STATES
POSTAL SERVICE**

April 15, 2008

Rodolfo Velasquez
58 Lobos St
San Francisco, CA 94112-3020

## SUBJECT:   UNASSIGNED REGULAR/ RESIDUAL VACANCY

Attached is a copy of the   Clerk Residual Vacancy list. You are required to make your selections and number them by preference. Submit your selection form to Bids & Promotions, Rm. 65, or mail to Bids & Promotions, P.O.Box 881013, San Francisco, CA 94188-1013, during the period of April 16, 2008 through May 1, 2008. The office  hours are 7:00 a.m. to 4:00 p.m., Monday through Friday. Envelopes must be postmarked on or before the closing date of  May 1, 2008.

If you fail to make a choice, you may be assigned to any of the available positions remaining after all the choices have been exhausted. The assignment you receive as a result of this action will be your permanent assignment until you receive a bid of your own choice. Assignments will be based upon craft seniority and will be effective **May 10, 2008.**

This action is in accordance with the new language of the National Agreement., Article 37 Section 4.

Carol A Croteau
Manager , Personnel Services

cc:  Labor Relations
     APWU
     file

P O BOX 881013
SAN FRANCISCO, CA 94188 - 1013
(415) 550-5205
Fax: (415) 550-5721

# Exhibit No. 6

April 22, 2008

Carol A. Croteau
U.S. Postal Service
P. O. Box 881013
San Francisco, Ca 94188-1013

Dear Ms Croteau:

This letter is in response of your letter dated April 15, 2008.   I'm sorry at this time, but I cannot honor your request.    Please be advised, that I will not follow your instructions until you answer my questions.   So, please reply immediately in order to settle our dispute of the issues involved in your letter:

- Please inform me immediately; what makes you to believe that I'm unssigned employee?

- Please inform me immediately; what did you do with my bid No. **G3C-1707?**

Please be informed, soon as you answer my questions we will go to the next step of my strongly dispute of your attempts to force me to bid, when in fact I don't have to according to my record.

If you have any questions in regard this letter, do not hesitate to contact me at: (415) 239-4539.

Very Truly Yours

Rodolfo Velásquez



# Exhibit No. 7

BIDS & PROMOTIONS
SAN FRANCISCO DISTRICT


**UNITED STATES**
**POSTAL SERVICE**

April 28, 2008

ATTACHED IS A DRAC FORM AND PUB 316 FOR YOUR INFORMATION AND GUIDANCE. SUBMIT YOUR COMPLETED REQUEST TO THE ADDRESS BELOW:

**DISTRICT REASONABLE ACCOMMODATION COMMITTEE**
**P O BOX 885048**
**SAN FRANCISCO, CA 94188-5048**

BIDS & PROMOTIONS
RM 65 / SFP&DC

# Exhibit No. 8

U.S. POSTAGE
PAID
SAN FRANCISCO,CA
94188
JUL 14 06
AMOUNT
$1.68
0001161-17

33622

UNITED STATES
POSTAL SERVICE

0000

TO VE/AIOUR
BOS ST
FRANCISCO CA 94112



RECEIVED
JUL 17 2008
NEEOISO

To.

NEED'S O - FORMAL COMPLAINT
U.S POSTAL SERVICE
P. O. BOX 25438
TAMPA, FL 33622 - 5438