1  Rodolfo Velasquez
   58 Lobos Street
2  San Francisco, CA 94112
   (415) 239-4539
3  Plaintiff in:
   Propia Persona
4

5  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
6  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
7  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
8
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
10     FAX: (415) 436-6748
       neill.tseng@usdoj.gov
11
   Attorneys for Defendants
12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17
   RODOLFO VELASQUEZ,              )   No. C 08-02520 JSW
18                                 )
        Plaintiff,                 )
19                                 )
        v.                         )   STIPULATION TO ENLARGE
20                                 )   MEDIATION DEADLINE; [PROPOSED]
   JOHN POTTER, CAROL A. CROTEAU,  )   ORDER
21 Manager Personnel Services,     )
                                   )
22      Defendants.                )
                                   )
23 _____)

24      Subject to the approval of the Court, the parties hereby stipulate that the deadline for

25 mediation in this case will be enlarged by 120 days from November 13, 2008, to March 13, 2009.

26 //

27 //

28 //

STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C 08-02520 JSW                          1

| | |
|---|---|
| 1 | This is the first request for enlargement of the mediation deadline. Enlargement is necessary |
| 2 | because the ADR Unit has apparently not yet fund a mediator to accept the case, and plaintiff |
| 3 | recently filed a Second Amended Complaint after the First Amended Complaint was dismissed. |

Respectfully submitted,

Dated: //-/7- O8

RODOLFO VELASQUEZ

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 11-19-08

NEILL T. TSENG
Assistant United States Attorney
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: NOV 2 5 2008

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
C-08-02520 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

        Plaintiff,

v.

CAROL A. CROTEAU et al,

        Defendant.
                              /

Case Number: CV08-02520 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: November 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk