IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROL A. CROTEAU and UNITED STATES POSTAL SERVICE,<br><br>    Defendants.<br>                                                / | No. C 08-02520 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

     This matter is set for a hearing on January 9, 2009 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to Defendants' motion or a statement of non-opposition shall be filed by no later than December 12, 2008 and a reply brief to Defendants' motion shall be filed by no later than December 19, 2009.

     If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: November 25, 2008

                                                       JEFFREY S. WHITE<br>                                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CAROL A. CROTEAU et al,

    Defendant.

Case Number: CV08-02520 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: November 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk