Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112
(415) 239-4539
Plaintiff in:
Propia Persona

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RODOLFO VELASQUEZ, | ) | No. C 08-02520 JSW |
| Plaintiff, | ) ) ) | STIPULATION FOR INITIAL CASE MANAGEMENT CONFERENCE; |
| v. | ) | [PROPOSED] ORDER |
| CAROL A. CROTEAU, Manager Personnel Services, and UNITED STATES POSTAL SERVICE, | ) ) ) ) | |
| Defendants. | ) ) | |

     Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference shall take place on April 10, 2009, at 1:30 p.m., or as soon thereafter as the parties may be heard. There is currently no initial case management conference on calendar.

//

//

//

//

STIPULATION FOR INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 08-02520 JSW                           1

Respectfully Submitted

DATED: 3-23-09

RODOLFO VELASQUEZ
Plaintiff in: Propia Persona

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3-25-09

NEIL T. TSENG
Assistant United States Attorney
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   MARCH 30, 2009

HONORABLE
UNITED ST

IT IS SO ORDERED
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION FOR INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
C 08-02520 JSW