IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROL A. CROTEAU and UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. C 08-02520 JSW<br><br>**ORDER OF REFERRAL** |

   Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' mutual consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James or Magistrate Judge Elizabeth D. LaPorte for all purposes.

   **IT IS SO ORDERED.**

Dated: April 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc    Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL A. CROTEAU et al,<br><br>    Defendant.<br>_____ / | Case Number: CV08-02520 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: April 20, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk