IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROL A. CROTEAU and UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants.<br>_____/ | No. C 08-02520 JSW<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND** |

On April 13, 2009, Plaintiff consented to have this case heard by a magistrate judge for all purposes. On April 17, 2009, Defendants filed a consent to have this case heard by Magistrate Judge Maria-Elena James or Magistrate Judge Elizabeth D. LaPorte for all purposes. Therefore, on April 20, 2009, this Court referred this case to be heard by either Magistrate Judge Maria-Elena James or Magistrate Judge Elizabeth D. LaPorte. After the Court referred this case, Plaintiff filed request that this matter not be referred to a judge selected by Defendants but to a randomly selected judge. The Court therefore DIRECTS Defendants to inform the Court by no later than June 12, 2009 regarding whether they consent to this matter being heard by a randomly assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: 06/05/09

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE