Pro Se

E-filing

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112
(415) 239-4539
Plaintiff in:
Propia Persona

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, ) | No. C 08-02520 JSW |
|    Plaintiff, ) | STIPULATION RE EXPERT REBUTTAL DEADLINE; [PROPOSED] ORDER |
| v. ) | |
| CAROL A. CROTEAU, Manager Personnel ) Services, and UNITED STATES POSTAL ) SERVICE, ) | |
|    Defendants. ) | |

     Subject to the approval of the Court, the parties hereby stipulate that the last day for expert rebuttal reports will be January 5, 2010. There is no expert rebuttal deadline currently on calendar.

//
//
//
//

STIPULATION RE EXPERT REBUTTAL DEADLINE; [PROPOSED] ORDER
C 08-02520 JSW                1

Respectfully submitted,

DATED: 7-24-09

_____
RODOLFO VELASQUEZ
Plaintiff in: Propia Persona


JOSEPH P. RUSSONIELLO
United States Attorney


DATED: 7/31/09

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: AUG 0 4 2009

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE


STIPULATION RE EXPERT REBUTTAL DEADLINE; [~~PROPOSED~~] ORDER
C 08-02520 JSW                        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL A. CROTEAU et al,<br><br>    Defendant. | Case Number: CV08-02520 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: August 4, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk