IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN POTTER, Postmaster General, United States Postal Service,<br><br>    Defendant.<br>_____/ | No. C 08-02520 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On September 28, 2009, plaintiff Rodolfo Velasquez ("Plaintiff") filed a motion for preliminary injunction and an *ex parte* application to hear the motion on shortened time. Defendant filed a statement of non-opposition to Plaintiff's request to hear the motion on shortened time, but requested until October 9, 2009 to file an opposition. The Court HEREBY GRANTS Plaintiff's request to hear the motion for preliminary injunction on shortened time. The Court FURTHER ORDERS that Defendant shall file and serve an opposition by no later than 4:00 p.m. on October 8, 2009. Plaintiff shall file and serve his reply, if any, by no later than 4:00 p.m. on October 13, 2009. The Court will conduct a hearing on Plaintiff's application at 9:00 a.m. on October 16, 2009 at 9:00 a.m.

The Court hereby advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney is available through the Court's website or in the Clerk's office. In addition, without making any endorsement in this regard, Plaintiff is advised that the San Francisco Bar Association operates a lawyer referral service

which may be helpful in securing pro bono counsel.  Moreover, Plaintiff may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Courthouse, Room 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated:  October 2, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CAROL A. CROTEAU et al,

    Defendant.

Case Number: CV08-02520 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: October 2, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk