IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CAROL A. CROTEAU and UNITED STATES POSTAL SERVICE,

    Defendants.

/

No. C 08-02520 JSW

**NOTICE OF QUESTIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON JANUARY 29, 2010 AT 9:00 A.M.:

    The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority. The Court suggests that associates or of counsel attorneys who are working on this case be permitted to address some or all of the Court's questions contained herein.

The parties shall each have 15 minutes to address the following questions:

1.  When Plaintiff was hired in 1983, was there documentary evidence of his physical limitations?
    (a) If so, is this documentary evidence in his personnel file?
    (b) Did Carol Croteau have access to Plaintiff's personnel file when she made the decision to reassign Plaintiff?
    (c) Was Carol Croteau aware of Plaintiff's physical limitations when he was reassigned to the Mail Processing Clerk position in Burlingame, effective on May 24, 2008?

2.  Do Defendants dispute that Plaintiff cannot physically perform the required tasks of any of the positions he was offered to apply for on April 15, 2008 for which he would have been qualified? If so, which positions do Defendants contend Plaintiff was qualified for and could physically perform all of the required tasks?

3.  Is Plaintiff's position currently being performed by an unassigned employee who is less senior to Plaintiff?
    (a) If so, could Defendants accommodate Plaintiff by allowing Plaintiff to return to that position?
    (b) If Plaintiff's old position is no longer available, are Defendants aware of any positions currently open which they believe Plaintiff could perform with reasonable accommodations?

4.  Do the parties have anything further they wish to address?

    **IT IS SO ORDERED.**

Dated: January 25, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

CAROL A. CROTEAU et al,

    Defendant.
                               /

Case Number: CV08-02520 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: January 25, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk